# EXHIBIT 3

IN THE SUPERIOR COURT OF WALTON COUNTY
STATE OF GEORGIA

KELLIE WHITE GRAZIOSI )
)
Plaintiff, )
)
v. )   Civil Action No. 11-0764-3
)
METLIFE INVESTORS USA )   JURY TRIAL DEMANDED
INSURANCE COMPANY )
)
Defendant. )
)

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT METLIFE INVESTORS USA INSURANCE COMPANY

Pursuant to O.C.G.A. §§ 9-11-26 & 9-11-33, Plaintiff Kellie White Graziosi ("Plaintiff" or "Graziosi") hereby requests and demands that Defendant answer the following interrogatories under oath as provided by law.

When answering these interrogatories, please furnish all information available to you, including information in your possession, custody or control, or in the possession, custody or control of any person acting on your behalf, and not merely such information as is known of your own personal knowledge. DO NOT DESTROY OR DISCARD ANY DOCUMENT OR INFORMATION CALLED FOR IN DISCOVERY OR RELATING TO THE CLAIMS ASSERTED AGAINST YOU. If you cannot answer any part of these interrogatories in full after exercising due diligence to secure the information requested, so state and

Preston & Malcom, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503

answer the interrogatories as fully as possible, stating whatever information or knowledge you have concerning the unanswered or partially answered interrogatories.

Pursuant to these interrogatories, Defendant has continuing obligation to update all responses with any information discovered after the original submission of the responses, and to correct any response to any interrogatory as required by the applicable rules.

## I.   DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions apply to these interrogatories:

1. The phrases "relate" and "relating to" shall be construed to include "refer," "summarize," "reflect," "contain," "mention," "show," "discuss," "describe," "undermine," "contradict," or "comment upon."

2. As used herein, the word "document" means any original (or any carbon or photographic copies of any such material if defendant does not have custody or control of the original) and each non-identical copy (whether different from the original by means of notes made on such copy or otherwise), of any handwritten, typewritten, printed, recorded, transcribed, photocopied, Photostatted, "telexed," filmed, microfilmed, or otherwise prepared manner, however produced or reproduced, which is in your possession, custody, or control, including, but not limited to, drafts, letters, correspondence,

PRESTON & MALCOM, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503

memoranda, drawings, graphs, charts, photographs, diaries, calendars, telegrams, faxes, telexes, cables, electronic mail, memoranda or minutes of meetings or conversations (personal or telephonic), reports, summaries, notes, surveys, analyses, studies, ledgers, journals and other formal or informal books of record or account, bulletins, catalogues, brochures, pamphlets, announcements, manuals, books, instructions, agreements, legal documents, recordings, audiotapes, videotapes, diskettes, notebooks and writings of every description, and including other items of any kind or nature, or otherwise, from which information can be obtained or translated into usable form.

3. As used herein, "Defendant" shall mean Defendant MetLife Investors USA Insurance Company, as well as any individuals representing or purporting to represent Defendant, and/or any director, officer, employee, representative, broker or agent of Defendant.

4. As used herein, "Plaintiff" shall mean Plaintiff Kellie White Graziosi and any individuals representing or purporting to represent her.

5. When used herein, "information" shall include all knowledge which Defendant or its/her/his attorneys have on the subject of the interrogatories and all facts upon which they rely for the answer to the questions asked by the interrogatories.

PRESTON & MALCOM, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503

6. The terms "identify" and "identity" used in reference to an individual means to state his or her: (a) full name; (b) present or last known business and/or residence address(es) and telephone number(s); (c) present or last known occupation, job title, job duties and the name and address of present employers; (d) relationship to you; and (e) occupation, job title, and job duties at the time in question, if known.

7. "Identify," when used in reference to a corporation, partnership, or any legal entity other than a natural person, means to state its full name, form of organization, address, or principal place of business at present.

8. "Identify," when used in reference to a document, means to state: (a) the type of document (*e.g.*, letter, memorandum, contract, telegram, insurance policy, etc.) or some other means of identifying it; (b) its date, author or authors, addressee or addressees, if any; (c) its present location and custodian; and (d) the relationship of the custodian to you. If any such document is no longer in Defendant's possession or subject to its/her/his control, "identify" also means to state: (e) what disposition was made of it; (f) the circumstances surrounding the authorization of the document's disposition; and (g) the date of disposition.

9. "Identify," when used in reference to any act, occurrence, transaction, decision, statement, communication, or contracts (hereinafter collectively

PRESTON & MALCOM, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503

referred to as "act"), means to describe in substance the event or events constituting such act(s), or what transpired, the place and date thereof, and to identify the persons present, the persons involved, and any documents referring or relating thereto.

10. The term "or" shall mean "and/or"; the term "and" shall mean "and/or."

11. All references to the singular include the plural, and all references to the plural include the singular.

12. The term "Complaint" shall mean Plaintiffs' Complaint.

13. All references to the masculine gender include the feminine and neutral genders and all references to the feminine gender include the masculine and neutral genders.

14. Except when express reference is made to another paragraph, each paragraph herein shall be construed independently and not by reference to any other paragraph herein for purposes of limitation.

15. The terms "you" and "your" shall mean Defendant, any individual or entity acting on behalf of Defendant, and any representatives, agents or assigns of Defendant.

16. "Communication" means any writing or any oral conversation including, but not limited to, telephone conversations, meetings, letters, telegraphic,

PRESTON & MALCOM, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503

electronic mail, and telex communications, and all documents concerning such writing or such oral conversation.

17. "Person" means any natural person, any business entity (whether partnership, association, cooperative, or corporation), and any governmental entity or department, agency, bureau, or political subdivision thereof.

18. "Persons with knowledge of the facts" means any person including, but not limited to, persons in your employ who, at any point in time relevant to these proceedings, had direct involvement with the subject matter of the interrogatory.

19. If you object to any interrogatory or any part thereof on the basis of any privilege, identify the privilege claimed, each statement or communication for which such privilege is claimed, and the basis on which the privilege is claimed, together with the following information with respect to each such statement or communication: (a) the date; (b) the names of persons present; (c) subject matter; (d) location and/or custodian; (e) the circumstances of its origin; (f) the circumstances of the document's disposition, including the identity of all persons whom you believe have or may have seen it or become acquainted with its contents; and (g) the basis on which the privilege is claimed.

PRESTON & MALCOM, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503

## II.   INTERROGATORIES

1.

Identify all persons having knowledge, directly or indirectly, of any facts or circumstances which relate to the allegations set forth in Complaint and/or upon which you base your defenses to the claims asserted against you. With respect to each such person, state the person's name, present or last known address, telephone number (business and residential), and set forth in detail the knowledge of each such person is believed to have concerning this action.

2.

If Defendant or any person acting on its/her/his behalf has obtained any statement whether oral or written, of any person concerning the facts and circumstances relating to Plaintiff's Complaint, provide for each statement the date of the statement, the name of the person giving the statement, the name of the person or entity to whom the statement was made, and the substance of that statement, and identify each and every document that reflects, refers or relates to any such statement.

3.

Identify each person who you will or may call to testify as an expert, whether live or by affidavit or deposition, in connection with any trial, hearing or

PRESTON & MALCOM, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503

7

motion, or any other evidentiary hearing in this action (hereinafter "expert") and, separately for each expert:

(a) Identify the subject matter on which the expert is expected to testify;

(b) Identify the substance of the facts and opinions to which the expert is expected to testify;

(c) Summarize the grounds for each opinion; and

(d) Identify all documents and professional references upon which such person may base his or her testimony and opinions.

Respectfully submitted this 15th day of April, 2011.

ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060

Joseph C. Sharp, Esq.
Ga. Bar No. 637965
joesharp@asherafuse.com

PRESTON & MALCOM P.C.
P.O. Box 984
Monroe, GA 30655
Telephone: 770-267-2503
Facsimile: 770-267-2899

Jeremy Vern Kilburn, Esq.
Georgia Bar No. 315728
jvk@alcovylaw.com

**Counsel for Plaintiff**

RESTON & MALCOM, P.C.
Attorneys at Law
110 Court Square
Post Office Box 984
Monroe, Georgia 30655
770-267-2503