# EXHIBIT 5

Case 3:11-cv-00080-CAR   Document 1-5   Filed 06/09/11   Page 1 of 3

# Clerk Of Superior Court
## Walton County, Georgia

(770) 267-1307
Fax (770) 267-1304

303 S. Hammond Drive • Suite 335
Monroe, Georgia 30655

KATHY K. TROST
*Clerk*
Melinda J. Castels
*Chief Deputy*

(SECOND ORIGINAL)

April 18, 2011

Fulton County Sheriff's Dept.
Civil Process
185 Central Avenue
9th Floor
Atlanta, Georgia  30303

CASE NO. 11-0764-3

IN RE:  KELLIE WHITE GRAZIOSI VS METLIFE INVESTORS USA INSURANCE
        COMPANY

ENCLOSED IS A COPY TO BE SERVED ON:

  METLIFE INVESTORS USA INSURANCE CO
  C/O CT Corporation System, Registered Agent
  1201 Peachtree Street NE
  Atlanta, Georgia  30361

ALSO ENCLOSED IS A CHECK IN THE AMOUNT OF $50.00.

PLEASE RETURN SHERIFF'S ENTRY OF SERVICE TO US AFTER SERVICE IS PERFECTED ON DEFENDANT. IF UNABLE TO SERVE, PLEASE STATE REASON ON SHERIFF'S ENTRY AND RETURN. THANK YOU FOR YOUR ATTENTION AND COOPERATION.

SINCERELY,

*Karen C. David*

Karen P. David
Senior Deputy Clerk
Walton Superior Court

# Fulton County Office of the Sheriff
## Sheriff Theodore Jackson



Justice Center Tower, 9th Floor
185 Central Ave., S.W.
Atlanta, Georgia 30303
(404) 612-3681

## ATTENTION:

Effective January 1, 2011 this office will no longer accept **personal, company or law firm** checks as payment for civil services.

As form of payment our office will only accept CASHIERS CHECK, POSTAL MONEY ORDER OR CASH (exact amount only, this office is unable to provide change.)

*Please make Cashiers check and Postal Money Order payable to Fulton County Sheriff's Office. *