# EXHIBIT 6

SHERIFF'S ENTRY OF SERVICE     Second original     CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

| | | |
|---|---|---|
| Civil Action No. **11-0764-3** | Superior Court [X] | Magistrate Court [ ] |
| | State Court [ ] | Probate Court [ ] |
| Date Filed **04-15-11** | Juvenile Court [ ] | |
| | Georgia, **WALTON** COUNTY | |

**KELLIE WHITE GRAZIOSI,**

Attorney's Address
Jeremy V. Kilburn, Esq.
Preston & Malcom, P.C.
110 Court Square, P.O. Box 984
Monroe, Georgia 30655
(770) 267-2503

Plaintiff

VS.

**METLIFE INVESTORS USA INSURANCE COMPANY,**

Fulton County Sheriff's Office
Civil Process
RECEIVED

MAY -- 2011

Defendant

Name and Address of Party to be Served.

● METLIFE INVESTORS USA INSURANCE COMPANY

c/o C T Corporation System, Registered Agent

1201 Peachtree Street, N.E.
Atlanta, Georgia 30361

185 Central Ave, 9th Floor
Atlanta, GA 30303

Garnishee

SHERIFF'S ENTRY OF SERVICE
**Summons, SEOS, Complaint, Request for Production of Documents & Interrogatories to Defendant**

**PERSONAL**
[ ] I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
[ ] I have this day served the defendant _____ leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

KATHY K. TRUST, CLERK
2011 MAY 12 AM 11:18
FILED IN OFFICE
CLERK SUPERIOR COURT
WALTON COUNTY GEORGIA

**CORPORATION**
[X] Served the defendant **MetLife Investors USA Insurance** corporation
by leaving a copy of the within action and summons with **R/A Hayward @ 1215**
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
[ ] I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
[ ] Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **10th** day of **May**, 20 **11**.

Dep Morgan #2522

DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT