# PRESTON & MALCOM, P.C.
*ATTORNEYS AT LAW*
**110-112 COURT SQUARE**
**POST OFFICE BOX 984**
**MONROE, GEORGIA 30655**
_____

**RUSSELL P. PRESTON**
**R. MICHAEL MALCOM**
**PAUL L. ROSENTHAL**
**JEREMY VERN KILBURN**
**SALLY S. JARRATT**
**JOSHUA P. JOHNSON**

**(770) 267-2503**
**REAL ESTATE FACSIMILE (770) 267-3596**
**LITIGATION FACSIMILE (770) 267-2899**

From the desk of
Jeremy V. Kilburn, Esq.

jvk@alcovylaw.com

August 3, 2011

### *VIA ELECTRONIC FILING*

Ms. Holly R. McCarra
Arbitration Clerk
United States District Court, Middle District of Georgia
475 Mulberry Street
Post Office Box 128
Macon, Georgia 31201-0128

RE: *Graziosi v. MetLife Investors USA Insurance Co.*
Civil Action File No. 3:11-cv-80(CAR)
*Notice of Withdrawal from Arbitration*

Dear Ms. McCarra,

In am in receipt of your letter dated July 18, 2011, regarding Court Annexed Arbitration. Accordingly, please accept this letter as notice pursuant to Local Rule 16.2.4 that my client, the Plaintiff in the above-styled action, **elects to withdraw** from Court-Annexed Arbitration.

Should you have any questions or concerns, please do not hesitate to contact me.

With Warmest Regards,

I am,

Jeremy V. Kilburn, Esq.

JVK/gs
cc: Aaron E. Pohlmann, Esq.
Elizabeth J. Bondurant, Esq.
Joseph C. Sharp, Esq.

p:\client files\rmm\70\70.1104 - graziosi, kellie w\graziosi v. metlife investors - 73.1104.02\correspondence out\ltr to usdc clrk re arbitration opt out.2011.8.3.doc