

# SMITH MOORE LEATHERWOOD

August 8, 2011

*For Electronic Filing*

Holly R. McCarra
Arbitration Clerk
United States District Court
Middle District of Georgia
475 Mulberry Street
Macon, Georgia 31201-0128

    Re:    *Kellie White Graziosi v. MetLife Investors USA Insurance Company*
              United States District court for the Middle District of Georgia,
              Athens Division
              Civil Action File No. 3:11-CV-00080-CAR

Dear Ms. McCarra:

    Thank you for your letter of July 18, 2011, advising that this case has been referred to arbitration pursuant to Local Rule 16.2.

    I am writing to advise you that defendant MetLife Investors USA Insurance Company elects to withdraw from arbitration in accordance with Local Rule 16.2.4(a).

    With best regards.

                                               Very truly yours,

                                               /s/ *Elizabeth J. Bondurant*

                                               Elizabeth J. Bondurant

EJB/aer
cc:    Jeremy Vern Kilburn, Esq. *(via ECF system)*
        Joseph C. Sharp, Esq. *(via ECF system)*
        Aaron E. Pohlmann, Esq. *(via ECF system)*

Elizabeth J. Bondurant | Direct 404.962.1011 | Fax 404.962.1219 | lisa.bondurant@smithmoorelaw.com
Smith Moore Leatherwood LLP ▪ Attorneys at Law ▪ www.smithmoorelaw.com
1180 West Peachtree Street  Atlantic Center Plaza  Suite 2300  Atlanta, GA  30309 ▪ 404.962.1000
Atlanta, GA ▪ Charleston, SC ▪ Charlotte, NC ▪ Greensboro, NC ▪ Greenville, SC ▪ Raleigh, NC ▪ Wilmington, NC