
# SMITH MOORE LEATHERWOOD

August 11, 2011

Gregory J. Leonard, Clerk
United States District Court
 for the Middle District of Georgia
Athens Division
U.S. Post Office and Courthouse
115 East Hancock Avenue
Athens, GA 30601

      Re:    *Kellie White Graziosi v. MetLife Investors USA Insurance Company*
             In the United States District Court for the Middle District of Georgia,
             Athens Division
             Civil Action File No. 3:11-CV-00080-CAR

Dear Mr. Leonard:

This letter is to confirm that, pursuant to Local Rule 6.2, MetLife Investors USA Insurance Company has been granted a 14-day extension of time to file a brief in response to *Plaintiff Kellie White Graziosi's Motion to Dismiss Defendant's Counterclaim in Interpleader*. (Record Docket no. 9).

MetLife's brief in response was due on August 15, 2011, and with the extension, now will be due on August 29, 2011.

This letter will also confirm that MetLife Investors USA Insurance Company has been granted a 14-day extension of time to file a reply brief to *Plaintiff's Response in Opposition to Defendant's Motion to Join Defendants in Interpleader*. (Record Docket no. 12)

MetLife's reply brief was due on August 22, 2011, and with the extension, now will be due on September 5, 2011.

Aaron E. Pohlmann | Direct 404.962.1076 | Fax 404.962.1263 | aaron.pohlmann@smithmoorelaw.com
Smith Moore Leatherwood LLP ▪ Attorneys at Law ▪ www.smithmoorelaw.com
1180 West Peachtree Street   Atlantic Center Plaza Suite 2300 Atlanta, GA 30309 ▪ 404.962.1000
Atlanta, GA ▪ Charleston, SC ▪ Charlotte, NC ▪ Greensboro, NC ▪ Greenville, SC ▪ Raleigh, NC ▪ Wilmington, NC

Very truly yours,

Aaron E. Pohlmann

AEP/sws
cc: Jeremy Vern Kilburn, Esq. *(via ECF system)*
Joseph C. Sharp, Esq. *(via ECF system)*
Elizabeth J. Bondurant, Esq. *(via ECF system)*