# EXHIBIT 2

BRANCH/AGENCY 66W 075 DETACH 000



MetLife Investors USA Insurance Company

POLICY NUMBER: 206153777USU

INSURED: STEVEN R TARASZKA

## FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE
## WITH COVERAGE CONTINUATION

### Non-Participating

Flexible Premiums are payable during the lifetime of the Insured to the Maturity Date. The coverage provided by this Policy may be continued beyond the Maturity Date. If the Insured dies while this Policy is in force, we will pay the Policy Proceeds to the Beneficiary. We must receive proof of the Insured's death. Any payment will be subject to all of the provisions of this Policy.

### RIGHT TO EXAMINE POLICY

Please read this Policy. You may return this Policy to us or to our representative through whom it was purchased within 10 days from the date You receive it. If You return it within this period, we will refund any premium paid and the Policy will be void from the start.

This Policy is a legal contract between the Owner and MetLife Investors USA Insurance Company. PLEASE READ YOUR CONTRACT CAREFULLY.

Signed for the Company at its Home Office, Wilmington, DE 19899

President

Secretary

5E-30-04

1

## ALPHABETIC GUIDE TO YOUR CONTRACT

| Section | |
|---|---|
| 7 | Accumulated Amount |
| 3 | Annual Report |
| 2 | Assignments |
| 1 | Attained Age |
| 7 | Basis of Computation |
| 2 | Beneficiary |
| 7 | Cash Surrender Value |
| 7 | Cash Value |
| 7 | Cash Value After the Maturity Date |
| 7 | Cash Value Interest Rate |
| 4 | Change in Face Amount |
| 2 | Change of Owner or Beneficiary |
| 9 | Choice of Payment Options; Option Date |
| 3 | Claims of Creditors |
| 3 | Contract |
| 7 | Continuation of Insurance |
| 4 | Continuation of the Policy Beyond the Maturity Date |
| 8 | Coverage Continuation Accumulation Factor |
| 8 | Coverage Continuation Benefit |
| 8 | Coverage Continuation Benefit Annual Premium |
| 8 | Coverage Continuation Benefit Minimum First Year Total Premium |
| 8 | Coverage Continuation Benefit Percent of Premium Charge |
| 8 | Coverage Continuation Benefit Risk Adjustment Charge |
| 8 | Coverage Continuation Benefit Value |
| 8 | Coverage Continuation Charges |
| 4 | Death Benefit Option |
| 9 | Death of Payee |
| 1 | Definitions in This Policy |
| 4 | Definition of Life Insurance |
| 1 | Designated Office |
| 2 | Designation of Owner and Beneficiary |
| 1 | Excess Loan |
| 6 | Fixed Loan Interest Rate |
| 5 | Grace Period |
| 8 | Grace Period for Coverage Continuation Benefit |
| 3 | Incontestability |
| 3 | Illustration of Benefits and Values |
| 1 | Insured |
| 1 | Interest Crediting Start Date |
| 1 | Issue Age |
| 1 | Issue Date |
| 10, 11 | Joint and Survivor Life Income |

| Section | |
|---|---|
| 9 | Life Income Options |
| 11 | Life Income Tables |
| 9 | Limitations |
| 6 | Loans |
| 6 | Loan and Loan Interest Repayments |
| 1 | Maturity Date |
| 1, 4 | Maturity Benefit |
| 11 | Minimum Payments under Payment Options |
| 3 | Misstatement of Age or Sex |
| 7 | Monthly Cost of Insurance |
| 7 | Monthly Cost of Insurance Rates |
| 7 | Monthly Coverage Expense Charge |
| 7 | Monthly Deduction |
| 7 | Monthly Policy Charge |
| 5 | Net Premium |
| 10 | Other Frequencies and Options |
| 2 | Owner |
| 7 | Partial Withdrawals |
| 9 | Payee |
| 9 | Payment |
| 9 | Payment of Policy Benefits |
| 5 | Payment of Premiums |
| 10 | Payment Options |
| 5 | Percent of Premium Charge |
| 1 | Planned Premium |
| 4 | Policy Changes |
| 1 | Policy Date |
| 1 | Policy Loan Balance |
| 4 | Policy Proceeds |
| 8 | Reactivation of Coverage Continuation Benefit |
| 5 | Reinstatement |
| 1 | Requested Increase in Face Amount |
| 2 | Requests for Changes and/or Information |
| 10, 11 | Single Life Income |
| 10, 11 | Single Life Income - 10 Year Guaranteed Payment Period |
| 3 | Statements in Application |
| 3 | Suicide Exclusion |
| 7 | Surrender |
| 7 | Surrender Charge |
| 3 | Unisex-Basis |
| 1 | We, Us and Our |
| 1 | You and Your |

Additional Benefit Riders, Modifications and Amendments, if any, and copies of the Applications are found following the final section.

5E-30-04

## POLICY SPECIFICATIONS

| | |
|---|---|
| Insured | STEVEN R TARASZKA |
| Policy Number | 206153777USU |
| Policy Date | JULY 19, 2006 |
| Issue Date | JULY 26, 2006 |
| Maturity Date | JULY 19, 2065 |
| Initial Face Amount | $1,000,000.00 |
| Issue Age of Insured | 41 |
| Sex | MALE |
| Risk Classification | RATED NONSMOKER |
| Death Benefit Option | A |
| Planned First Year Lump Sum* | $0.00 |
| Planned Monthly Premium* Payable for 25 Years | $1,344.38 |
| Guaranteed Coverage Date (Based on Planned Monthly Premium and Planned First Year Lump Sum) * | JULY 2065 |
| Minimum First Year Total Premium** | $10,312.80 |
| Coverage Continuation Benefit Minimum First Year Total Premium** | $10,312.80 |
| Coverage Continuation Benefit Annual Premium  (Payable To Age 100 To Guarantee Coverage For Lifetime)*** | $13,000.63 |

Policy Plan:  Flexible Premium Adjustable Life Insurance with Coverage Continuation

Benefits -      As specified in Policy and in any Rider

Riders                                        Face Amount                    Risk Classification

*Your Policy will stay in force to the Guaranteed Coverage Date if: at least the Planned Monthly Premium is paid by each Planned Premium Due Date for the number of years indicated; any Planned First Year Lump Sum is paid by the first policy anniversary; no Loans are taken; no partial withdrawals are made; no policy changes are made; and no riders are added or removed.  See the Continuation of Coverage Beyond the Maturity Date provision.

**This premium will be recalculated and shown on Your new Policy Specifications pages if: any policy changes are made; or any riders are added or removed.

*** You are not required to pay this premium.  Your Policy's coverage is guaranteed for the lifetime of the Insured by payment of this amount unless: the premium amount is paid on other than an annual basis and/or is not received by the Policy Date and on or prior to each policy anniversary; a policy change occurs; a Loan is taken and the Policy Loan Balance at any time becomes greater than or equal to the Coverage Continuation Benefit Value; a partial withdrawal is made; or any riders are added or removed.  This premium will be recalculated and shown on Your new Policy Specifications pages if: any policy changes are made; any partial withdrawals are taken; or, any riders are added or removed.  Your Policy's annual report will show the duration of Your Coverage Continuation Benefit.  You may contact us for additional information if You pay premiums on other than an annual basis.  If the Coverage Continuation Benefit Annual Premium (Payable to Age 100) indicates NOT AVAILABLE, there is no level annual premium amount payable to Age 100 that will guarantee Your policy will stay in force for the lifetime of the Insured and that will allow this Policy to continue to qualify as life insurance.

(SEX DISTINCT BASIS)                        3

## POLICY SPECIFICATIONS (CONTINUED)

| | |
|---|---|
| Minimum Face Amount | $50,000.00 |
| Minimum Face Amount Decrease | $5,000 |
| Minimum Face Amount Increase | $5,000 |
| Maximum Percent Of Premium Charge | |
|     Years 1-20 | 18.0% |
|     Years 21 & Later | 3.0% |
| Maximum Monthly Policy Charge | |
|     All Years | $4.33 |
| Maximum Monthly Coverage Expense Charge | |
|     Years 1-20 | 0.5787 per 1000 |
|     Years 21 & Later | 0.4134 per 1000 |
| Maximum Number Of Partial Withdrawals Yearly | 4 |
| Maximum Partial Withdrawal Charge | $25.00 |
| Maximum Fee For Illustration Of Benefits | $25.00 |
| Withdrawal Percentage Limit | 25% |
| 7702 Table | 1980 CSO MORTALITY TABLE FOR MALE NONSMOKER, AGE NEAREST BIRTHDAY |
| Basis Of Computation Of Minimum Cash Values | 2001 CSO MORTALITY TABLE FOR MALE NONSMOKER, AGE NEAREST BIRTHDAY |
| Monthly Cost Of Insurance Factor | 1.00246630 |
| Fixed Loan Interest Rate | 5.0% |
| Cash Value Guaranteed Interest Rate | 3.0% |

Coverage will depend on: the amount, timing, and frequency of premium payments; current charges; interest credited; Loans taken; partial withdrawals made; the cost of additional benefits; and the status of the Coverage Continuation Benefit. The Planned Premium may need to be increased to keep this Policy in force.

If the Coverage Continuation Benefit is in effect, this Policy will stay in effect after the Maturity Date as long as the Coverage Continuation Benefit Value is greater than zero and greater than the Policy Loan Balance. If the Coverage Continuation Benefit is not in effect, this Policy will stay in effect after the Maturity Date as long as the Cash Surrender Value is greater than or equal to zero.

Any changes to Your Policy's non-guaranteed cost factors (Cost of Insurance Rates, and Policy and Expense charges) will be by class and for any of the factors may be based on changes in our future expectations as to mortality, investment earnings, taxes, expenses, and persistency. Changes will only be made according to procedures and standards filed, if required, with the insurance department of the state which governs this Policy. Credited interest may be changed at any time. All changes will be made on a prospective basis and will not recoup past losses or distribute past gains.

4

## TABLE OF GUARANTEED MAXIMUM MONTHLY COST OF INSURANCE RATES PER $1,000

Insured:                           STEVEN R TARASZKA  Policy Number:     206153777USU

Date of Coverage:                          JULY 19, 2006

| Attained Age | Rate | Attained Age | Rate | Attained Age | Rate |
|---|---|---|---|---|---|
| 41 | 0.2303 | 62 | 1.6245 | 83 | 13.5756 |
| 42 | 0.2522 | 63 | 1.8244 | 84 | 15.0208 |
| 43 | 0.2770 | 64 | 2.0344 | 85 | 16.6352 |
| 44 | 0.3063 | 65 | 2.2559 | 86 | 18.4245 |
| 45 | 0.3397 | 66 | 2.4806 | 87 | 20.3788 |
| 46 | 0.3719 | 67 | 2.7081 | 88 | 22.4728 |
| 47 | 0.4069 | 68 | 2.9531 | 89 | 24.6822 |
| 48 | 0.4272 | 69 | 3.2069 | 90 | 26.9878 |
| 49 | 0.4506 | 70 | 3.5145 | 91 | 29.1564 |
| 50 | 0.4841 | 71 | 3.8588 | 92 | 31.4169 |
| 51 | 0.5234 | 72 | 4.3108 | 93 | 33.8013 |
| 52 | 0.5775 | 73 | 4.7877 | 94 | 36.3197 |
| 53 | 0.6358 | 74 | 5.2894 | 95 | 38.9652 |
| 54 | 0.7102 | 75 | 5.8377 | 96 | 41.3859 |
| 55 | 0.8020 | 76 | 6.4356 | 97 | 43.9672 |
| 56 | 0.8953 | 77 | 7.1297 | 98 | 46.7220 |
| 57 | 0.9959 | 78 | 7.9406 | 99 | 49.6620 |
| 58 | 1.0820 | 79 | 8.8769 | 100+ | 0.0000 |
| 59 | 1.1813 | 80 | 9.8977 | | |
| 60 | 1.3008 | 81 | 11.0600 | | |
| 61 | 1.4466 | 82 | 12.2703 | | |

## SURRENDER CHARGE SCHEDULE

Insured:                           STEVEN R TARASZKA Policy Number:        206153777USU

Date of Coverage:                          JULY 19, 2006

| Beginning of Year* | Maximum Surrender Charge |
|---|---|
| 1 | $  24,715.60 |
| 2 | 24,640.47 |
| 3 | 23,737.23 |
| 4 | 22,811.95 |
| 5 | 21,839.30 |
| 6 | 20,836.43 |
| 7 | 19,794.37 |
| 8 | 18,713.10 |
| 9 | 17,591.82 |
| 10 | 16,421.53 |
| 11 | 15,202.25 |
| 12 | 13,933.97 |
| 13 | 12,615.87 |
| 14 | 11,239.78 |
| 15 | 9,813.88 |
| 16 | 8,328.37 |
| 17 | 6,775.07 |
| 18 | 5,161.33 |
| 19 | 3,314.85 |
| 20 & Later | 0.00 |

*Measured from the Date of Coverage

A Surrender Charge may be deducted during the first 19 years after the Policy Date and after the Date of Coverage of each Increase in Face Amount.  During the surrender charge period, a Surrender Charge will apply: upon surrender; upon lapse; upon a partial withdrawal that decreases the Face Amount; and upon a requested decrease in Face Amount.  In the first year, the Maximum Surrender Charge for the portion of the Face Amount issued on the above Date of Coverage; is level in all policy months; and is shown above.  The Maximum Surrender Charge for the portion of the Face Amount issued on the Date of Coverage above for the first policy months in years 2 through 19; are shown above; and will decrease linearly (rounded to two decimal places) for other months in years 2 through 19. The Maximum Surrender Charges for each requested increase in Face Amount will be shown in a new Surrender Charge Schedule page.  A pro-rata Surrender Charge will be deducted for partial withdrawals and for decreases in the Face Amount.

6

## TABLE OF COVERAGE CONTINUATION FACTORS

(See Coverage Continuation Section.)

Insured:                              STEVEN R TARASZKA  Policy Number:          206153777USU

Date of Coverage:                          JULY 19, 2006

| | First Year | Thereafter |
|---|---|---|
| Coverage Continuation Benefit Percent Of Premium Charge | | |
| For Premiums up to and including $61,950.70* each policy year | 35.00% | 35.00% |
| For Premiums in excess of $61,950.70* each policy year | 33.58% | 35.00% |
| | | |
| Monthly Coverage Continuation Benefit Policy Charge | $0 | |
| Monthly Coverage Continuation Benefit Expense Charge Per $1,000 | | |
| First Year | 0.0697 | |
| Years 2 & Later | 0.0000 | |
| Coverage Continuation Accumulation Factors | | |
| First Year | 0% | |
| Years 2-33 | 5% | |
| 34 & Later | 6.5% | |
| Coverage Continuation Surrender Charge Percentage | | |
| Years 1-10 | 80.00% | |
| Years 11 & Later | 0% | |
| Risk Adjustment Percent | 25.00% | |
| Coverage Continuation Expected Threshold Amount Annually | $12,350.60* | |
| | | |
| Coverage Continuation Reactivation Period | 9 Months | |

*These premium amounts will be recalculated and shown on Your new Table of Coverage Continuation Factors page if: any policy changes are made; any partial withdrawals are taken; or any riders are added or removed.

7

## TABLE OF COVERAGE CONTINUATION FACTORS (CONTINUED)

Insured:                          STEVEN R TARASZKA   Policy Number:        206153777USU

Date of Coverage:                          JULY 19, 2006

Guaranteed Monthly Coverage Continuation Benefit Cost Of Insurance
Rates Per $1,000

| Attained Age | Rate | Attained Age | Rate | Attained Age | Rate |
|---|---|---|---|---|---|
| 41 | 0.0000 | 62 | 0.7219 | 83 | 5.2490 |
| 42 | 0.0877 | 63 | 0.8010 | 84 | 5.7713 |
| 43 | 0.1040 | 64 | 0.8902 | 85 | 6.3263 |
| 44 | 0.1202 | 65 | 0.9807 | 86 | 6.9029 |
| 45 | 0.1369 | 66 | 1.0861 | 87 | 7.4961 |
| 46 | 0.1479 | 67 | 1.1856 | 88 | 8.0939 |
| 47 | 0.1626 | 68 | 1.2929 | 89 | 8.7047 |
| 48 | 0.1755 | 69 | 1.4040 | 90 | 9.3364 |
| 49 | 0.1932 | 70 | 1.5388 | 91 | 10.0000 |
| 50 | 0.2133 | 71 | 1.6895 | 92 | 10.7170 |
| 51 | 0.2324 | 72 | 1.8478 | 93 | 11.5175 |
| 52 | 0.2601 | 73 | 2.0522 | 94 | 12.3757 |
| 53 | 0.2907 | 74 | 2.2673 | 95 | 13.2771 |
| 54 | 0.3243 | 75 | 2.5023 | 96 | 14.1020 |
| 55 | 0.3575 | 76 | 2.7687 | 97 | 14.9816 |
| 56 | 0.3986 | 77 | 3.0377 | 98 | 15.9201 |
| 57 | 0.4401 | 78 | 3.3273 | 99 | 16.9220 |
| 58 | 0.4855 | 79 | 3.6346 | 100+ | 0.0000 |
| 59 | 0.5350 | 80 | 3.9718 | | |
| 60 | 0.5917 | 81 | 4.3470 | | |
| 61 | 0.6526 | 82 | 4.7710 | | |

These rates are used only to determine the Coverage Continuation Benefit Value for the coverage issued on the above Date of Coverage. The Coverage Continuation Benefit may be affected by: a policy change; Loans; partial withdrawals; the addition or removal of riders; and payment of a premium after its Planned Premium Due Date. See Section 8. When the Coverage Continuation Benefit terminates, an additional payment may be required under the Grace Period provision to keep Your Policy in force. You may be able to reactivate the Coverage Continuation Benefit. See the Reactivation of Coverage Continuation Benefit provision. You may contact us for additional information.

## 1. DEFINITIONS IN THIS POLICY

| | |
|---|---|
| **Attained Age** | The Issue Age plus the number of completed policy years. This includes any period during which this Policy was lapsed. |
| **Designated Office** | Our Home Office or any other office we designate. |
| **Excess Loan** | An Excess Loan occurs when the Policy Loan Balance exceeds the Cash Value, less any Surrender Charge that would apply upon surrender whether or not there is a surrender. |
| **Insured** | The person whose life is insured under this Policy. See the Policy Specifications page. |
| **Interest Crediting Start Date** | The date the first premium is applied to the Cash Value. This date will be the later of: |
| | 1.   The Policy Date; and |
| | 2.   The date we receive the first premium at our Designated Office. |
| **Issue Age** | The age of the Insured as of his or her birthday nearest to the Policy Date. |
| **Issue Date** | The effective date of the initial coverage under this Policy is the Issue Date shown on the Policy Specifications page. It is also the date from which the contestable and suicide provisions for the initial coverage are measured. |
| **Maturity Benefit** | If the Insured is living and the Policy is in force on the Maturity Date, You may elect to terminate the Policy and receive the Cash Surrender Value, if it is greater than zero, as a Maturity Benefit. |
| **Maturity Date** | The policy anniversary on which the Insured is Attained Age 100. |
| **Planned First Year Lump Sum** | The Planned First Year Lump Sum is the amount of premium that You stated in the application for this Policy that You intend to pay as a lump sum by the first policy anniversary. |
| **Planned Premium** | The Planned Premium is the amount that You stated in the application for this Policy that You intend to pay as a premium on the Planned Premium Due Dates. |
| **Planned Premium Due Date** | The Planned Premium Due Date is based on the Policy Date of the Policy and the mode in which You choose to pay premiums. If You pay premiums on an annual mode, it is Your policy anniversary each year. If You pay premiums on other than an annual mode, it is the policy anniversary and each semi-annual, quarterly or monthly anniversary as applicable. |
| **Policy Date** | Policy years, months and anniversaries are all measured from the Policy Date. It is shown on the Policy Specifications page. |
| **Policy Loan Balance** | The Policy Loan Balance at any time equals the outstanding Loans plus Loan Interest accrued to date. |
| **Requested Increase in Face Amount** | A "requested increase in Face Amount" is an increase in Face Amount You applied for after the Issue Date of the Policy |
| **You and Your** | The Owner of this Policy. |
| | In the Application the words "You" and "Your" refer to the proposed insured person(s). |
| **We, Us and Our** | MetLife Investors USA Insurance Company. |

## 2. PERSONS WITH AN INTEREST IN THE POLICY

**Owner**

The Owner of the Policy is named in the Application (see copy attached); but the Owner can be changed before the death of the Insured. The new Owner will succeed to all rights of the Owner, including the right to make a further change of Owner. If there is more than one Owner at a given time, all must exercise the rights of ownership by joint action. Ownership may be changed in accordance with the Change of Owner or Beneficiary provision.

The Owner may be someone other than the Insured and may be a person, a partnership, a corporation, a fiduciary or any other legal entity. At the death of the Owner, his or her estate will be the Owner, unless a successor Owner has been named. The rights of the Owner will end at the death of the Insured.

**Beneficiary**

The Beneficiary is named in the Application (see copy attached); but the Beneficiary can be changed before the death of the Insured. An Irrevocable Beneficiary cannot be changed without his or her consent. The Beneficiary can be a person, a corporation, a partnership, a fiduciary or any other legal entity. A person must survive the Insured to qualify as Beneficiary. If none survives, the proceeds will be paid to the Owner.

Any payment we make will terminate our liability with respect to such payment.

**Change of Owner or Beneficiary**

During the Insured's lifetime You may change the ownership and beneficiary designations, subject to any restrictions as stated in the Owner and Beneficiary provisions. You must make the change in written form satisfactory to us. If acceptable to us the change will take effect as of the time You signed the request, whether or not the Insured is living when we receive Your request at our Designated Office. The change will be subject to any assignment of this Policy or other legal restrictions. It will also be subject to any payment we made or action we took before we recorded the change. A change of ownership will void any prior Beneficiary designation.

**Assignments**

An absolute assignment of the Policy by You is a change of Owner and Beneficiary to the assignee. A collateral assignment of the Policy by You is not a change of Owner or Beneficiary; but their rights will be subject to the terms of the assignment. Assignments will be subject to all payments made and actions taken by us before a signed copy of the assignment form is recorded by us at our Designated Office. We will not be responsible for determining whether or not an assignment is valid.

**Designation of Owner and Beneficiary**

A numbered sequence can be used to name successive Owners or Beneficiaries. Co-Beneficiaries will receive equal shares unless otherwise stated.

In naming Owners or Beneficiaries, unless otherwise stated:

1.   "Child" includes an adopted or posthumous child;

2.   "Provision for issue" means that if a Beneficiary does not survive the Insured, the share of that Beneficiary will be taken by his or her living issue by right of representation; and

3.   A family relation such as "wife", "husband" or "child" means relation to the Insured.

At the time of payment of benefits, we can rely on an affidavit of any Owner or other responsible person to determine family relations or members of a class.

**Requests For Changes and/or Information**

Submit all requests for change and/or information in writing to our Designated Office.

5E-30-04

10

## 3. GENERAL PROVISIONS

**The Contract**

We have issued this Policy in consideration of the Application and payment of premiums. The Policy, the Application, any riders, any endorsements and any application for an increase in Face Amount or for the deletion or addition of a rider constitute the entire contract and are attached to and made a part of the Policy. The Policy may be changed by mutual agreement. Any change must be in writing and approved by our President or Secretary. Our representatives have no authority to alter or modify any terms, conditions, or agreements of this Policy, or to waive any of its provisions.

**Statements in Application**

All statements made by the Insured or on his or her behalf, or by the applicant, will be deemed representations and not warranties, except in the case of fraud. Material misstatements will not be used to void the Policy, any rider or any increase in Face Amount or to deny a claim unless made in the application for a Policy, a rider or an increase in Face Amount.

**Claims of Creditors**

To the extent permitted by law, neither the Policy nor any payment under it will be subject to the claim of creditors or to any legal process.

**Misstatement of Age or Sex**

If there is a misstatement of age or sex in the application, the amount of the Death Benefit will be that which would be purchased by the most recent Monthly Deduction at the correct age and sex.

If we make any payment or policy changes in good faith, relying on our records or evidence supplied to us, our duty will be fully discharged. We reserve the right to correct any errors in the Policy.

**Unisex Basis**

If this Policy is issued on a unisex basis, all rates, benefits and values that contain differences based on sex are modified to provide the same for males and females.

**Incontestability**

We cannot contest the initial coverage after this Policy has been in force during the lifetime of the Insured for two years from its Issue Date. We cannot contest a requested increase in Face Amount with regard to material misstatements made concerning such increase after it has been in force during the lifetime of the Insured for two years from its effective Date of Coverage. We cannot contest a Death Benefit increase caused by a premium payment that required evidence of insurability after a period of two years from the date we received the premium payment. This provision will not apply to any rider which contains its own incontestability clause.

If this Policy was issued as the result of the exercising of an option given in another policy and proof of insurability was not required, the contestable period for that coverage will end at the same time as it would have under the original policy.

**Suicide Exclusion**

If the Insured dies by suicide, while sane or insane, within two years from the Issue Date, the amount payable will be limited to: the amount of premiums paid or the reserve if greater and required by state law; less any Policy Loan Balance on the date of death; and less any partial withdrawals.

If the Insured, while sane or insane, commits suicide within two years after the effective Date of Coverage of any requested increase in Face Amount: the increase will not be in effect; and the Monthly Deduction attributable to the increase will be added to the Cash Value prior to calculation of the Death Benefit.

If this Policy was issued as the result of the exercising of an option given in another policy and proof of insurability was not required, the suicide period for that coverage will end at the same time as it would have under the original policy.

5E-30-04

11

| | |
|---|---|
| **Annual Report** | Each year, or more often if required by law or regulation, a report will be sent to You which shows: the Death Benefit; current policy values; the status of the Coverage Continuation Benefit; premiums paid and deductions made since the last report; and any Policy Loan Balance. |
| **Illustration of Benefits** | You may make a written request to us for an Illustration of Benefits. We may charge a nominal fee for any requested Illustration after the first in each policy year. This fee will not exceed the Maximum Fee for Illustration of Benefits shown on the Policy Specifications page. |

5E-30-04

## 4. POLICY BENEFITS

**Policy Proceeds**

The Policy Proceeds are:

1. The Death Benefit as described below; plus

2. Any insurance on the life of the insured provided by riders; plus

3. The Monthly Cost of Insurance for the portion of the policy month from the date of death to the end of the policy month of death, unless it is part of the Accumulated Amount (see the Cash Value provision); less

4. Any payment due under a Grace Period provision as of the date of death; less

5. Any Policy Loan Balance.

**Definition of Life Insurance**

This Policy is intended to qualify as a life insurance contract under the Internal Revenue Code of 1986 (called "the Code") and any interpretive regulation or rulings by the Internal Revenue Service. The Corridor Factors below are based on the percentages as currently described in Section 7702(d) of the Code modified for ages 95 and above, or any applicable successor provision.

| Attained Age | Corridor Factor | Attained Age | Corridor Factor | Attained Age | Corridor Factor |
|---|---|---|---|---|---|
| 0-40 | 2.50 | 54 | 1.57 | 68 | 1.17 |
| 41 | 2.43 | 55 | 1.50 | 69 | 1.16 |
| 42 | 2.36 | 56 | 1.46 | 70 | 1.15 |
| 43 | 2.29 | 57 | 1.42 | 71 | 1.13 |
| 44 | 2.22 | 58 | 1.38 | 72 | 1.11 |
| 45 | 2.15 | 59 | 1.34 | 73 | 1.09 |
| 46 | 2.09 | 60 | 1.30 | 74 | 1.07 |
| 47 | 2.03 | 61 | 1.28 | 75-90 | 1.05 |
| 48 | 1.97 | 62 | 1.26 | 91 | 1.04 |
| 49 | 1.91 | 63 | 1.24 | 92 | 1.03 |
| 50 | 1.85 | 64 | 1.22 | 93 | 1.02 |
| 51 | 1.78 | 65 | 1.20 | 94-99 | 1.01 |
| 52 | 1.71 | 66 | 1.19 | 100+ | 1.00 |
| 53 | 1.64 | 67 | 1.18 | | |

**Death Benefit Option**

There is one Death Benefit Option available on this Policy.

**Death Benefit Option A**

The Death Benefit prior to the Maturity Date is the greater of:

1. The Face Amount shown in the Table of Face Amounts for the applicable policy year; and

2. The applicable Corridor Factor shown above times the Cash Value of the Policy on the date of death.

5E-30-04                                                                 13

**Maturity Benefit**

It is possible that insurance coverage may not continue to the Maturity Date even if Planned Premiums are paid in a timely manner. If the Insured is living and the Policy is in force on the Maturity Date, You may elect to terminate the Policy and receive the Cash Surrender Value, if it is greater than zero, as a Maturity Benefit.

**Continuation of the Policy Beyond the Maturity Date**

If this Policy is in force on or after the Maturity Date, the Death Benefit will be the greater of:

1. The Face Amount on the date of death; and

2. The Cash Value on the date of death.

If the Coverage Continuation Benefit is not in effect and there is an Excess Loan on this Policy, the Policy could lapse after the Maturity Date. (See the Loan and Loan Interest Repayments and Grace Period provisions.)

If the Coverage Continuation Benefit is in effect, Your Policy will stay in effect after the Maturity Date as long as the Coverage Continuation Benefit Value is greater than zero and greater than the Policy Loan Balance.

**Please note: This Policy may not qualify as a life insurance contract under the Code on or after the Maturity Date and may be subject to tax consequences. Please consult a tax advisor prior to continuing the Policy beyond its Maturity Date.**

**Policy Changes**

You may request policy changes at any time unless we have stated otherwise in this Policy. We reserve the right to not allow a change in the first policy year and to permit only one change per policy year. The types of changes allowed are explained below.

No change will be made that would result in this Policy not meeting the definition of life insurance under the Internal Revenue Code of 1986 or any applicable successor provision.

**Change in Face Amount**

The Face Amount may be changed by sending us a written request.

Each requested decrease in Face Amount will be subject to the following conditions:

1. The decrease will become effective on the monthly anniversary on or following our receipt of the request at our Designated Office.

2. The decrease will reduce the Face Amount in the following order, unless any attached rider indicates otherwise:

   a. Each requested increase in Face Amount in succession, starting with the most recent increase; and then

   b. The Initial Face Amount.

3. The Face Amount remaining in force after the requested decrease may not be less than the Minimum Face Amount shown on the Policy Specifications page.

4. The decrease must be at least equal to the Minimum Face Amount Decrease shown on the Policy Specifications page.

5. If the decrease is made during the 12 months following the Policy Date, we will deduct from the Cash Value a portion of the unpaid Monthly Coverage Expense Charges due for the remainder of the 12-month period associated with the Initial Face Amount. This portion will be the ratio of the amount of the decrease to the Initial Face Amount times the unpaid Monthly Coverage Expense Charges due for the remainder of the 12-month period.

6. If the decrease is made during the 12 months following the Date of Coverage of any requested increase in Face Amount we will deduct from the Cash Value a portion of the unpaid Monthly Coverage Expense Charges due for the remainder of the 12-month period associated with that increase. This portion will be the ratio of the amount of the decrease to the Face Amount Increase times the unpaid Monthly Coverage Expense Charge due for the remainder of the 12-month period.

7. A Surrender Charge may apply to the decrease in Face Amount.

8. The requested decrease in Face Amount may require a decrease in amounts provided by any riders attached to this Policy.

Each requested increase in Face Amount will be subject to the following conditions:

1. Proof that the Insured is insurable by our standards on the date of the requested increase must be submitted.

2. The increase will become effective on the monthly anniversary date on or following our approval of the requested increase.

3. The increase will be at the Risk Classification for which You then qualify.

4. The increase must be at least equal to the Minimum Face Amount Increase shown on the Policy Specifications page.

5. New insurance must be available under our underwriting rules on the same plan at the age of the Insured on the Date of Coverage.

6. The total Face Amount after the increase cannot be greater than our published maximums.

We will amend Your Policy to show the Date of Coverage for the change in Face Amount.

## 5. PREMIUMS AND GRACE PERIOD

**Payment of Premiums**

Your first premium is due as of the Policy Date. While the Insured is living, premiums after the first must be paid at our Designated Office. A premium receipt will be furnished upon request. If this Policy is in Your possession and You have not paid the first premium, it is not in force. It will be considered that You have the Policy for inspection only.

Prior to the Maturity Date, premiums may be paid in any amount and at any interval subject to the following conditions:

1. At the end of the first policy year, Your total premium payments for this Policy must be greater than or equal to the Minimum First Year Total Premium as shown on the Policy Specifications page.

2. Any premium payment must be at least $10.00.

3. Total premiums paid in any policy year may not exceed an amount that would cause the Policy to fail the definition of life insurance as defined by Section 7702 of the Internal Revenue Code of 1986 or any applicable successor provision.

On any date that we receive a premium which causes the Death Benefit to increase by an amount that exceeds that net premium, we reserve the right to refuse that premium payment. We may require additional evidence of insurability before we accept the premium payment.

Premiums cannot be paid after the Maturity Date, unless they are required under a Grace Period provision.

Unless You request otherwise in writing, any payment received by us will be used as a premium payment.

**Net Premium**

The net premium is:

1. The premium paid; less

2. The premium paid times the applicable Percent of Premium Charge for the current policy year.

**Percent of Premium Charge**

A charge will be deducted from each premium submitted. The maximum charge for the year in which You submit the premium is shown on the Policy Specifications page.

If the Policy is reinstated, the period of lapse will not be considered in determining the applicable Percent of Premium Charge on any day after Reinstatement.

**Grace Period**

On the first policy anniversary if You have not fulfilled the Minimum First Year Total Premium requirement, a Grace Period of 62 days will be allowed for the payment of an amount that would allow the requirement to be fulfilled. On any monthly anniversary date, if the Coverage Continuation Benefit is not in effect and the Cash Surrender Value is insufficent to cover the next Monthly Deduction or if the Coverage Continuation Benefit is in effect and the Coverage Continuation Benefit Value is less than or equal to zero or less than or equal to the Policy Loan Balance, a Grace Period of 62 days will be allowed for the payment of a premium sufficient to keep this Policy in force.

Notice of the Amount Due to keep this Policy in force will be sent at the beginning of the Grace Period to Your last known address and to any assignee on record. The "Amount Due" is the amount required to pay the Monthly Deduction or the amount required to keep the Coverage Continuation Benefit in effect, whichever is less. If the Minimum First Year Total Premium was not paid, the Amount Due will be the amount necessary to reach the Minimum First Year Total Premium requirement. If we do not receive the Amount Due by the end of the Grace Period, Your Policy will lapse at the end of that 62-day period and it will then terminate without Cash Surrender Value. If the Insured dies during the Grace Period, any past due Monthly Deductions will be deducted from the Death Benefit.

5E-30-04

16

**Reinstatement**

Prior to the Maturity Date, You may reinstate Your lapsed Policy within three years after the date of lapse. The Policy cannot be reinstated if it has been surrendered. To reinstate, You must submit the following items:

1.      A written request for reinstatement.

2.      Proof satisfactory to us that the Insured is insurable by our standards.

3.      Payment of an amount large enough to keep the Policy in force for at least four months.

Upon receipt of the above payments, we will deduct any Monthly Deductions and Loan Interest due and unpaid at the time of lapse.

The Insured must be alive on the date we approve the request for reinstatement. If the Insured is not alive, such approval is void and of no effect.

The reinstated Policy will be in force from the date we approve the reinstatement application. There will be a full Monthly Deduction for the policy month which includes this date.

Any Loans in effect at the time of lapse may be repaid or reinstated.

The Surrender Charge, Maximum Percent of Premium Charge, and the Maximum Monthly Coverage Expense Charge at the time of Reinstatement will be those in effect at the time of lapse.  The Cash Value following Reinstatement will include the amount of any Surrender Charge imposed at the time of lapse.

Riders can be reinstated only as stated in the rider or with our consent.

The Coverage Continuation Benefit will not be in effect upon Reinstatement.

## 6. LOANS

**Loans**

After the first policy year, upon written request to us, You may borrow an amount not in excess of the Loan Value of Your Policy while it is in force. After receipt of Your Loan request, we have the right to defer Your Loan for up to six months, except for payment of premiums to us, Your Policy will be the sole security for such Loan. Loans will be secured by the portion of the Cash Value which results from the most recent premiums paid.

The Loan Value on the date the Loan is made is:

1. The Cash Value; less
2. Any Policy Loan Balance; less
3. Loan Interest to the next policy anniversary; less
4. Every Monthly Deduction due to the next policy anniversary; less
5. Any Surrender Charge that would apply upon surrender whether or not there is a surrender; plus
6. Interest at the Cash Value Guaranteed Interest Rate to the next policy anniversary.

**Fixed Loan Interest**

Loan Interest will be charged on Loans. Loan Interest will be computed using the Fixed Loan Interest Rate shown on the Policy Specifications page. The Loan Interest is due each year on the policy anniversary.

**Loan and Loan Interest Repayments**

Any payment received by us will be used as a premium unless clearly marked as a Loan repayment.

You may repay Your Policy Loan Balance in whole or in part at any time before the death of the Insured while this Policy is in force. Unpaid Loans and Loan Interest will be deducted from any settlement of Your Policy.

If You do not pay the Interest when it is due on a policy anniversary, we will add it to Your existing Loan.

If the Coverage Continuation Benefit is not in effect and You fail to make repayments when the Policy Loan Balance exceeds the Cash Value, less any Surrender Charge that would apply upon surrender whether or not there is a surrender (called "Excess Loan"), Your Policy will terminate. We will allow You a Grace Period for payment of the excess due. We will mail a notice to Your last known address and that of any assignee of record. If the excess due remains unpaid at the end of the Grace Period, Your Policy will lapse without value. The Grace Period will expire 62 days from the date the notice is sent.

## 7. CASH VALUES

**Cash Value**

The Cash Value on the Interest Crediting Start Date equals:

1.     The Initial net premium received; less

2.     The Monthly Deductions due from the Policy Date through the Interest Crediting Start Date.

The Cash Value on any day after the Interest Crediting Start Date equals:

1.     The Cash Value on the preceding day, with Interest on such value at the current rate(s); plus

2.     Any net premium received on that day; less

3.     Any partial withdrawal made on that day; less

4.     Any Surrender Charge taken on that day due to a decrease in Face Amount or partial withdrawal; less

5.     If that day is a monthly anniversary, the Monthly Deduction to cover the policy month which starts on that day.

Any deduction from the Cash Value will reduce the portion of the Cash Value which results from the most recent premium payments.

**Accumulated Amount**

If the Cash Value of the Policy becomes negative while the Coverage Continuation Benefit is in effect, the Monthly Deduction will be accumulated without interest (called "Accumulated Amount"). This Accumulated Amount must be repaid before any Cash Value can develop under the Policy.  This Accumulated Amount will not decrease the Death Benefit and will not be paid as part of the Policy Proceeds.  It will not be considered in calculating the cost of insurance charges.

**Cash Value After the Maturity Date**

If this Policy is continued beyond the Maturity Date, the Cash Value of Your Policy on and after the Maturity Date will be determined in the same manner as described above, except there will be no Monthly Deductions taken.  Premiums cannot be paid on or after the Maturity Date, except for payments required under a Grace Period.

**Cash Value Interest Rate**

The Interest credited to the non-loaned Cash Value for a specific month will be at an effective annual rate not less than the Cash Value Guaranteed Interest Rate shown on the Policy Specifications page.

If You borrow against Your Cash Value, the interest rate used to calculate the interest earned on the Cash Value securing any Loan will be at an effective annual rate not less than the Cash Value Guaranteed Interest Rate shown on the Policy Specifications page.

**Monthly Deduction**

The Monthly Deduction is:

1.     The Monthly Cost of Insurance; plus

2.     The monthly costs of insurance for riders attached to this Policy; plus

3.     The Monthly Coverage Expense Charge; plus

4.     The Monthly Policy Charge.

There will be no Monthly Deduction taken on or after the Maturity Date.

**Monthly Cost of Insurance**

The Policy's monthly cost of insurance for the following month: is deducted on the monthly anniversary date; and equals the total of the monthly costs of insurance for the Initial Face Amount and all requested increases in Face Amount.  The monthly cost of insurance for each piece of coverage equals: 1, below, times the difference between 2 and 3 below:

1. The Monthly Cost of Insurance rate divided by 1,000.

2. An amount as follows:

   The greater of:

   a. The Face Amount divided by the Monthly Cost of Insurance Factor shown on the Policy Specifications page; and

   b. The Cash Value at the beginning of the policy month multiplied by the applicable percentage of the Cash Value as described in Section 7702(d) of the Internal Revenue Code of 1986 and modified for ages 95 and above or any applicable successor provision.

3. The Cash Value at the beginning of the policy month, before the deduction of the Monthly Cost of Insurance.

If there has been an increase in the Face Amount, the Cash Value will first be considered a part of the Face Amount when the Policy was issued. If the Cash Value is greater than the Initial Face Amount, the excess Cash Value will then be considered a part of each increase in order, starting with the first increase.

**Monthly Cost of Insurance Rates**

At the beginning of each coverage year, the Monthly Cost of Insurance Rate is determined for the Face Amount and for each requested increase in Face Amount. The Monthly Cost of Insurance Rate for each piece of coverage is based on the attained age, risk classification, sex and completed years from the Policy Date for the Initial Face Amount and from the Date of Coverage for each requested increase in Face Amount. If the Death Benefit equals a percentage of the Cash Value, any increase in Cash Value will cause an automatic increase in the Death Benefit. The risk classification for such increase will be the same as that used for the most recent requested increase, excluding any riders, that required proof that the Insured was insurable by our standards.

The Monthly Cost of Insurance Rates will never exceed the rates shown on the Table of Guaranteed Maximum Monthly Cost of Insurance Rates pages. Any change in the cost of insurance rates will apply to all persons of the same age, sex, and classification whose coverage has been in force for the same length of time.

**Monthly Coverage Expense Charge**

The Policy's Monthly Coverage Expense Charge equals the total of these Charges for the Initial Face Amount and for all requested increases in Face Amount.  The Charge for each piece of coverage equals: the Face Amount of the Policy or the amount of an increase; times its Monthly Coverage Expense Charge rate for the applicable year; divided by 1,000. The Maximum Monthly Coverage Expense Charge is shown on the Policy Specifications page. A separate Maximum Monthly Coverage Expense Charge will apply to each requested increase in Face Amount.

If the Policy is reinstated, the period of lapse will not be considered in determining the applicable Monthly Coverage Expense Charge on any day after Reinstatement.

**Monthly Policy Charge**

The Monthly Policy Charge will never exceed the amount shown on the Policy Specifications page.

5E-30-04                                    20

**Cash Surrender Value**

The Cash Surrender Value of this Policy is:

1.  The Cash Value at the time of surrender; less

2.  Any Policy Loan Balance; less

3.  Any unpaid Monthly Coverage Expense Charges due for the remainder of the first policy year; less

4.  Any unpaid Monthly Coverage Expense Charges due for the remainder of the 12-month period following the Date of Coverage of a requested Increase in Face Amount; less

5.  Any Surrender Charge that would apply upon surrender whether or not there is a surrender.

**Surrender**

You may surrender Your Policy for its Cash Surrender Value during the lifetime of the Insured. We will determine the Cash Surrender Value as of the date we receive Your request in a form acceptable to us at our Designated Office. The Cash Surrender Value will be paid to You in one sum unless You elect in writing to apply all or part of the proceeds to a Payment Option (see Payment Options provision). The Policy will terminate on the monthly anniversary on or next following the date of surrender. The Cash Surrender Value will not be reduced by the monthly Cost of Insurance due on that date for a subsequent policy month. If the Insured dies on or after the date of surrender and before the termination of the Policy: the surrender will be reversed; and the Cash Surrender Value paid to You will be processed as a Loan. Therefore, the Cash Surrender Value paid to You will be deducted from the Policy Proceeds. (See the Policy Proceeds provision.)

If You surrender the Policy within 31 days after the policy anniversary date, the Cash Surrender Value of Your Policy will not be less than the Cash Surrender Value on that anniversary date, adjusted for any Loans taken and any partial withdrawals made during the 31-day period.

We may defer payment of the full Cash Surrender Value for up to six months. If we defer payment for 30 days or more, we will pay interest, if required by law, at a rate at least equal to the minimum required by the state governing this Policy.

**Partial Withdrawals**

On every policy anniversary we will determine the maximum amount available to You for partial withdrawal. The maximum withdrawal amount is the greater of:

1.  The Cash Surrender Value at the beginning of that policy year times the Withdrawal Percentage Limit, as shown on the Policy Specifications page; and

2.  The previous year's maximum withdrawal amount.

After the first policy year, on any monthly anniversary You may make a partial withdrawal of cash, upon request in a form acceptable to us at our Designated Office. The amount of this withdrawal may not exceed the lesser of:

1.  The Cash Surrender Value available on that date; and

2.  The maximum withdrawal amount determined on the prior policy anniversary reduced by the total amount of partial withdrawals taken since that policy anniversary.

No partial withdrawal will be processed which would reduce the Cash Surrender Value to less than an amount that would cover two Monthly Deductions.

5E-30-04

21

No partial withdrawal will be processed which will result in the Face Amount, excluding riders, being decreased below the Minimum Face Amount shown on the Policy Specifications page. We reserve the right to change the minimum amounts or the maximum number of partial withdrawals. We also may assess a transaction charge for a withdrawal. The Maximum Partial Withdrawal Charge is shown on the Policy Specifications page.

No partial withdrawal will be processed that would disqualify this Policy as life insurance under the Internal Revenue Code of 1986 and any interpretive regulation or rulings by the Internal Revenue Service.

You may make up to the maximum number of partial withdrawals in any policy year, but not to exceed the maximum withdrawal amount. The Maximum Number of Partial Withdrawals Yearly is shown on the Policy Specifications page.

If the Death Benefit equals the Face Amount, then a partial withdrawal of cash will decrease the Face Amount by an amount equal to the partial withdrawal. If the Death Benefit equals the Corridor Factor times the Cash Value, then a partial withdrawal will decrease the Face Amount by any amount in which the partial withdrawal exceeds the difference between the Death Benefit and the Face Amount. The Face Amount will be decreased in the following order:

1. Each requested Increase in Face Amount in succession, starting with the most recent increase; and then

2. The Initial Face Amount.

A decrease in Face Amount may require a decrease in the amounts provided by any riders attached to this Policy.

A Surrender Charge may apply if the Face Amount is decreased.

We may defer payment of the partial withdrawal for up to six months. If we defer payment for 30 days or more, we will pay interest, if required by law, at a rate at least equal to the minimum required by the state governing this Policy.

**Surrender Charge**

During the surrender charge period, a Surrender Charge will apply: upon surrender; upon lapse; upon a partial withdrawal that decreases the Face Amount; and upon a requested decrease in Face Amount.

A Surrender Charge will be applied:

1. First, with respect to each requested Increase in Face Amount in succession and the number of months from the Date of Coverage for that increase, starting with the most recent increase; and then

2. With respect to the Initial Face Amount and the number of months from the Policy Date.

The Maximum Surrender Charges for the Initial Face Amount and for any requested Increase in Face Amount are shown on the Surrender Charge Schedule pages for the respective coverage.

A Surrender Charge will apply to any decrease in Face Amount. A decrease in Face Amount may decrease some or all of the Initial Face Amount and some or all of the requested increases in Face Amount as provided in Section 4. A partial withdrawal may cause a decrease in Face Amount as provided above and, therefore, a Surrender Charge may be taken. The amount of Surrender Charge applied because of a decrease in Face Amount is defined on the Surrender Charge Schedule page for the portion of the Face Amount being decreased. The Surrender Charge for a decrease in Face Amount is deducted from the Cash Value on the effective date of the decrease.

If the Policy is reinstated, the period of lapse will not be considered in determining the applicable Surrender Charge on any date after Reinstatement.

| | |
|---|---|
| **Continuation of Insurance** | If all premium payments cease and the Coverage Continuation Benefit is not in effect, the insurance provided under this Policy, including benefits provided by any rider attached to this Policy, will continue in accordance with the provisions of this Policy for as long as the Cash Surrender Value is sufficient to cover the Monthly Deductions. |
| **Basis of Computation** | The minimum cash values, net single premiums, net level premiums, and guaranteed cost of insurance rates are based on the mortality table and the Cash Value Guaranteed Interest Rate as shown on the Policy Specifications page. |
| | All values are at least equal to those required by any applicable law of the state that governs Your Policy. We have filed a detailed statement, if required, of the method of calculating cash values and reserves with the insurance supervisory official of that state. |

5E-30-04                                    23

## 8.  COVERAGE CONTINUATION

**Coverage Continuation Benefit**

The Coverage Continuation Benefit guarantees that the Policy will not lapse, as long as this Benefit is in effect.  This guarantee does not apply to the Policy's Cash Value; only the Face Amount portion of the Death Benefit is protected.  To determine the status of this Benefit a Coverage Continuation Benefit Value account is established.

For the Coverage Continuation Benefit to be in effect:

1. A total amount equal to the Coverage Continuation Benefit Minimum First Year Total Premium, as shown on the Policy Specifications page, must be paid by the first policy anniversary; and

2. The Coverage Continuation Benefit Value must remain greater than zero and greater than any Policy Loan Balance at all times, including on and after the Maturity Date.

Your Coverage Continuation Benefit will stay in effect beyond the Maturity Date as long as the Coverage Continuation Benefit Value is greater than zero and greater than any Policy Loan Balance on and after the Maturity Date, unless You elect to take the Maturity Benefit.  (See the Maturity Benefit provision.)

Once the Coverage Continuation Benefit Value is less than or equal to zero or less than or equal to the Policy Loan Balance and the Grace Period for Coverage Continuation Benefit has expired, the Coverage Continuation Benefit will terminate.  You can reactivate Your Coverage Continuation Benefit within the Coverage Continuation Benefit Reactivation Period shown on the Table of Coverage Continuation Factors page provided that the premium required to reactivate this Benefit does not disqualify the Policy as life insurance.  See the Reactivation of Coverage Continuation Benefit provision below.

**Coverage Continuation Benefit Minimum First Year Total Premium**

The Coverage Continuation Benefit Minimum First Year Total Premium is shown on the Policy Specifications page.  It is the total amount of premiums that must be paid by the first policy anniversary for the Coverage Continuation Benefit to be in effect on that anniversary.

**Coverage Continuation Benefit Annual Premium (Payable To Age 100 To Guarantee Coverage For Lifetime)**

The Coverage Continuation Benefit Annual Premium is shown on the Policy Specifications page.  Your Policy's coverage is guaranteed for the lifetime of the Insured by payment of this amount unless: the premium amount is paid on other than an annual basis and/or is not received on the Policy Date and on or prior to each policy anniversary; a policy change occurs; a Loan is taken and the Policy Loan Balance at any time becomes greater than or equal to the Coverage Continuation Benefit Value; a partial withdrawal is made; or any riders are added or removed.  This premium will be recalculated and shown on Your new Policy Specifications pages if: any policy changes are made; any partial withdrawals are taken; or, any riders are added or removed.  You can contact us for additional information on premiums that may be paid to keep Your Policy in force for the lifetime of the Insured.  Such premiums cannot exceed the maximum premium for this Policy to qualify as life insurance.  If there is no Coverage Continuation Benefit Annual Premium (Payable to Age 100) amount shown on the Policy Specifications page, there is no level annual Premium payable to Age 100 that will guarantee Your policy will stay in force for the lifetime of the Insured and continue to qualify this Policy as life insurance.  Your Policy's annual report will show the duration of Your Coverage Continuation Benefit.

**Coverage Continuation Benefit Value**

Please note: The Coverage Continuation Benefit Value is not available in cash. It does not affect the Cash Value of Your Policy. Its purpose is only to determine the status of this Benefit.

The Coverage Continuation Benefit Value on the Interest Crediting Start Date equals:

1. The initial premium received less the appropriate Coverage Continuation Benefit Percent of Premium Charge; less

2. The Coverage Continuation Charges and any rider charges (unless otherwise provided for in the rider) due from the Policy Date through the Interest Crediting Start Date.

The Coverage Continuation Benefit Value on any day after the Interest Crediting Start Date equals:

1. The Coverage Continuation Benefit Value on the preceding day accumulated at the appropriate Coverage Continuation Accumulation Factor; plus

2. Any premiums received that day less the appropriate Coverage Continuation Benefit Percent of Premium Charge; less

3. Any partial withdrawal made on that day; less

4. Any Surrender Charge taken on that day due to a decrease in Face Amount or partial withdrawal times the appropriate Coverage Continuation Surrender Charge Percentage shown on the Table of Coverage Continuation Factors page; less

5. If that day is a monthly anniversary, the Coverage Continuation Charges and rider charges (unless otherwise provided for in the rider) to cover the policy month which starts on that day; less

6. If it is the end of the last day of a policy year, any Coverage Continuation Benefit Risk Adjustment Charge

The Coverage Continuation Benefit Value will no longer be calculated once the Coverage Continuation Benefit Reactivation Period has expired.

Your Policy's annual report will provide You with the status of the Coverage Continuation Benefit.

**Coverage Continuation Benefit Percent of Premium Charge**

The Coverage Continuation Benefit Percent of Premium Charge will be deducted from each premium based on the amount of the premium and the year in which You pay the premium. The charges as a percent of premium are shown on the Table of Coverage Continuation Factors page.

**Coverage Continuation Charges**

The Coverage Continuation Charges for the Initial Face Amount of the Policy are shown on the Table of Coverage Continuation Factors page and described below. These charges and Factors are guaranteed as long as no policy changes are made.

You will receive a new Table of Coverage Continuation Factors page for each requested increase in Face Amount. The Coverage Continuation Charges for that increase will be shown on that page and are guaranteed provided the Coverage Continuation Benefit remains in effect and no further policy changes are made.

Coverage Continuation Charges equal the sum of the following:

1. The Monthly Coverage Continuation Benefit Expense Charge; plus

2. The Monthly Coverage Continuation Benefit Policy Charge; plus

3. The Monthly Coverage Continuation Benefit Cost of Insurance.

**Monthly Coverage Continuation Benefit Expense Charge.** The Policy's Monthly Coverage Continuation Benefit Expense Charge equals the total of these Charges for the Initial Face Amount and all requested increases in Face Amount. The Charge for each piece of coverage equals: the amount of coverage; times its Monthly Coverage Continuation Benefit Expense Charge rate for the applicable year; divided by 1,000. The Monthly Coverage Continuation Benefit Expense Charge is shown on the Table of Coverage Continuation Factors page. A separate Monthly Coverage Continuation Benefit Expense Charge will apply to each requested increase in Face Amount.

**Monthly Coverage Continuation Benefit Policy Charge.** This charge will be deducted each policy month from the Coverage Continuation Benefit Value. The monthly charge is shown on the Table of Coverage Continuation Factors.

**Monthly Coverage Continuation Benefit Cost of Insurance Charge.** The Policy's Monthly Coverage Continuation Benefit Cost of Insurance for the following month: is deducted on the monthly anniversary date; and equals the total of the Monthly Coverage Continuation Benefit Cost of Insurance Charges for the Initial Face Amount and all requested increases in Face Amount. The Monthly Coverage Continuation Benefit Cost of Insurance Charge for each piece of coverage equals: 1, below, times the difference between 2 and 3 below.

1. The Monthly Coverage Continuation Benefit Cost of Insurance rate divided by 1,000.

2. The Face Amount divided by the Monthly Cost of Insurance Factor shown on the Policy Specifications page.

3. The Coverage Continuation Benefit Value at the beginning of the policy month, before the deduction of the Monthly Coverage Continuation Benefit Cost of Insurance.

If there has been an increase in the Face Amount, the Coverage Continuation Benefit Value will first be considered a part of the Face Amount when the Policy was issued. If the Coverage Continuation Benefit Value is greater than the Initial Face Amount, the excess Coverage Continuation Benefit Value will then be considered a part of each increase in order, starting with the first increase.

At the beginning of each coverage year, the Monthly Coverage Continuation Benefit Cost of Insurance rate is determined for the Initial Face Amount and for each requested increase in Face Amount. The Monthly Coverage Continuation Benefit Cost of Insurance rate for each piece of coverage is based on the attained age, risk classification, sex and completed years from the Policy Date for the Initial Face Amount and for the Date of Coverage for each requested increase in Face Amount.

| Coverage Continuation Benefit Risk Adjustment Charge | The **Coverage Continuation Benefit Risk Adjustment Charge** will be deducted from the Coverage Continuation Benefit Value at the end of the last day of each policy year, if applicable. This Charge will not be assessed if the Coverage Continuation Benefit Value plus the Coverage Continuation Expected Threshold Amount paid annually is sufficient to guarantee coverage to Age 100. |
|---|---|

This Charge will be calculated as follows:

1. The sum of the Coverage Continuation Expected Threshold Amount from the Policy Date to the end of the last day of the policy year (The Coverage Continuation Expected Threshold Amount is shown on the Table of Coverage Continuation Factors page.); plus

2. The sum of rider charges since the Policy Date; less

3. The sum of actual premiums paid since the Policy Date; plus

4. The sum of partial withdrawals since the Policy Date.

5. If (1) + (2) - (3) + (4) is greater than zero, then the Risk Adjustment Charge will equal:

    a. The applicable Risk Adjustment Percent (which is shown on the Table of Coverage Continuation Factors page); times

    b. The amount calculated in (5) above; less

    c. The sum of previous Risk Adjustment Charges assessed.

    If (1) + (2) - (3) + (4) is less than or equal to zero, then the Risk Adjustment Charge will equal $0.

| Coverage Continuation Accumulation Factors | The Accumulation Factors used to calculate the Coverage Continuation Benefit Value are shown on the Table of Coverage Continuation Factors page and are guaranteed. |
|---|---|
| Grace Period For Coverage Continuation Benefit | If on any monthly anniversary date the Coverage Continuation Benefit Value is insufficient to pay the Coverage Continuation charges, a Grace Period of 62 days will be allowed for the payment of an amount sufficient to keep the Coverage Continuation Benefit in effect. See the Grace Period provision. |

If we do not receive the amount required by the end of the Grace Period For Coverage Continuation Benefit, the Coverage Continuation Benefit will terminate. No further calculations of the Coverage Continuation Benefit Value or deductions of Coverage Continuation Charges will occur, unless You reactivate Your Coverage Continuation Benefit as described below.

The Coverage Continuation Benefit cannot be reinstated if Your policy is reinstated.

| Reactivation of Coverage Continuation Benefit | If Your Policy is in force and Your Coverage Continuation Benefit has terminated, You can reactivate the Coverage Continuation Benefit within the Coverage Continuation Benefit Reactivation Period shown on the Table of Coverage Continuation Factors page provided that the premium required to reactivate this Benefit does not disqualify this Policy as life insurance. A notice will be sent to Your last known address and to any assignee on record at the end of the Grace Period for the Coverage Continuation Benefit. In order to reactivate the Coverage Continuation Benefit within the Reactivation Period we will require a premium sufficient to make the Coverage Continuation Benefit Value greater than zero and greater than any Policy Loan Balance. You may contact us for additional information. If the premium is not paid within the Coverage Continuation Benefit Reactivation Period, the Reactivation Period will terminate and Your Coverage Continuation Benefit cannot be reactivated. |
|---|---|

## 9. PAYMENT OF POLICY BENEFITS

**Payment**

Unless otherwise requested, we may pay the Policy Proceeds when the Insured dies to the Payee in one sum or by placing the amount in an account that earns interest. The Payee will have immediate access to all or any part of the account. We will pay interest on the proceeds from the date they become payable to the date of payment as stated above, if required by law.

On request, all or part of the proceeds payable in one sum at the death of the Insured can be applied to any Payment Option at the choice of the Payee. Further, with our consent, any Payee who is entitled to receive proceeds in one sum when a Payment Option ends, or at the death of a prior Payee, or when the proceeds are withdrawn, can choose to apply the proceeds to a Payment Option.

**Choice of Payment Options; Option Date**

The choice of a Payment Option and the naming of the Payee must be in written form satisfactory to us. You can make or change or revoke the choice before the death of the Insured. The Option Date is the effective date of the Payment Option, as chosen.

When a Payment Option starts, a contract will be issued by us or by an affiliate that will describe the terms of the Option.

**Payee**

A Payee is a person, a corporation, a partnership, a fiduciary or any other legal entity entitled to receive the Policy Proceeds or surrender proceeds in one sum or under a Payment Option.

If the Payee is not a natural person, the choice of a Payment Option will be subject to our approval. A collateral assignment will modify a prior choice of a Payment Option. The amount due the assignee will be payable in one sum and the balance will be applied under the Payment Option.

**Life Income Options**

Guaranteed Life Income Options are based on the age of the Payee on the Option Date. We will require proof of age. The Life Income payments will be based on the rates shown in the Life Income Tables; or, if they are greater, Our Payment Option rates on the Option Date. If the rates at a given age are the same for different periods certain, the longest period certain will be deemed to have been chosen.

**Death of Payee**

Amounts to be paid after the death of a Payee under a Payment Option will be paid as due to the successor Payee. If there is no successor Payee, amounts will be paid in one sum to the estate of the last Payee to die. If a Payee under a Life Income Option dies within 30 days after the Option Date, the amount applied to the Option, less any payments made, will be paid in one sum, unless a Payment Option is chosen.

**Limitations**

If instalments under an Option would be less than $50, proceeds can be applied to a Payment Option only with our consent.

## 10. PAYMENT OPTIONS

Single Life Income
Monthly payments will be made during the lifetime of the Payee.

Single Life Income - 10 Year Guaranteed Payment Period
Monthly payments will be made during the lifetime of the Payee with a guaranteed payment period of 10 years.

Joint and Survivor Life Income
Monthly payments will be made:

1. While either of two Payees is living, called "Joint and Survivor Life Income", or

2. While either of two Payees is living, but for at least 10 years, called "Joint and Survivor Life Income, 10 Years Certain".

Other Frequencies and Options
Other Payment Options and payment frequencies may be arranged with us.

## 11. LIFE INCOME TABLES

Minimum Payments under Payment Options
Monthly payments for each $1,000 applied will not be less than the amounts shown in the following Tables. On request, we will provide additional information about amounts of minimum payments.

Single Life Income

| Payee's Age | Life Income | | 10 Year Guaranteed Payment Period | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 50 | $2.83 | $2.65 | $2.82 | $2.64 |
| 55 | 3.11 | 2.89 | 3.10 | 2.88 |
| 60 | 3.47 | 3.19 | 3.44 | 3.18 |
| 65 | 3.92 | 3.59 | 3.87 | 3.56 |
| 70 | 4.54 | 4.11 | 4.43 | 4.05 |
| 75 | 5.40 | 4.83 | 5.13 | 4.69 |
| 80 | 6.57 | 5.86 | 5.98 | 5.53 |
| 85 | 8.20 | 7.37 | 6.87 | 6.52 |
| 90 & over | 10.48 | 9.82 | 7.72 | 7.52 |

Joint and Survivor Life Income

| Age of Both Payees | Joint and Survivor | Joint and Survivor, 10 Years Certain |
|---|---|---|
| | One Male and One Female | One Male and One Female |
| 50 | $2.43 | $2.43 |
| 55 | 2.63 | 2.63 |
| 60 | 2.87 | 2.87 |
| 65 | 3.17 | 3.17 |
| 70 | 3.58 | 3.57 |
| 75 | 4.12 | 4.11 |
| 80 | 4.87 | 4.82 |
| 85 | 5.94 | 5.76 |
| 90 & over | 7.47 | 6.84 |

5E-30-04

AUG-16-2006 WED 12:19 PM 008, NEW ENG, \GEORGIA GP    FAX NO, 14042377428         P, 04/04

## Amendment to

☒ Application
☐ Supplement Application in connection with Application
☐ TO CHANGE POLICY ☐ TO REINSTATEMENT
☐ TO EXERCISE PURCHASE OPTION ☒ FOR REDUCTION IN RATING
☒ TO CONVERT TERM INSURANCE ☐ FOR REMOVAL OF EXCLUSION RIDER
☐ OTHER

Insured: STEVEN R TARASZKA                    Policy No: 206153777
Date of Application: JULY 17, 2006

I agree to these changes which the Company has noted in the "Additions and Amendments" space of the Application.

#2-B) DELETE WAIVER OF PREMIUM

Date: 08/15/2006

                                    Insured (Parent, if Insured under age 15)

Date: _____

                                    Owner of Policy Before Change, if other than Insured

New England Life Insurance Company
501 Boylston Street, Boston, Massachusetts

                    President                              Secretary

NEV APP-15-83

JUL-19-2006 WED 01:09 PM 008; NEW ENG,\GEORGIA GP    FAX NO. 14042377428                    P. 03

**Company Use Only**    (New Policy Numbers/Billing/MSA Number)

*206153777*

## PERSONAL LIFE INSURANCE POLICY(IES) APPLICATION FOR TERM CONVERSION

Policy to be issued by:

☐ Metropolitan Life Insurance Company

☐ New England Life Insurance Company          ☐ General American Life Insurance Company
☐ Texas Life Insurance Company               ☒ MetLife Investors USA Insurance Company
        The Company indicated above is referred to as "the Company".

| 1) | EXISTING POLICY INFORMATION |
|---|---|
| a) | Name of Insured:   STEVEN R. TARASZKA |
| c) | Existing Policy Number(s) and company:   3845745 – General American Life |

| 2) | CONVERSION | |
|---|---|---|
| a) | Policy Conversion:   ☒ Full (No balance to be retained.)   ☐ Partial -Amount of Term retained:   $ |
| b) | Rider Conversion:   Type of Rider  Waiver of Premium |
|  | ☐ Full (No balance to be retained.)   ☐ Partial -Amount of Rider retained:   $ |
| c) | New Plan:  P. P. U. L.   d) New Face Amount:  $ 1,000,000 |
| e) | Benefits/Riders:  WVR   f) New Policy Date: |

| 3) | COMPLETE THIS SECTION FOR UNIVERSAL/VARIABLE LIFE PRODUCTS.  IF A VARIABLE LIFE PRODUCT, ALSO COMPLETE VARIABLE LIFE SUPPLEMENT. |

I.    **For MetLife Products**
   a)   Planned Premium Modal Amount:  $ 1344.38    b) Excess Premium Amount:  $
   c)   Definition of Life Insurance Test:  ☐ Guideline Premium Test    ☐ Cash Value Accumulation Test
   d)   Death Benefit Option:    ☒ Option A (Specified Face Amount)
       ☐ Option B (Specified Face Amount PLUS the accumulation fund or cash value)
       ☐ Option C (Variable Life only - Option B until age 65, Option A thereafter)
   e)   Guarantee to (for Variable Life only):    ☐ Age 65   ☐ Age 75   ☐ Age 85   ☐ 5 years
      I understand that the annual planned premium necessary to maintain the above guarantee is shown on the Illustration and on page three of the policy.

II.    **For New England Life Products**
   a)   Planned Annual Premium:   Year 1 $ _____   Renewal $ _____   Lump Sum $ _____
   b)   Definition of Life Insurance Test:  ☐ Guideline Premium Test    ☐ Cash Value Accumulation Test
   c)   Death Benefit Option: _____
   d)   If available under policy applied for, Planned Annual Unscheduled Payment:   $

III.    **For General American Life Products**
   a)   Planned Premium Amount:   $
   b)   Definition of Life Insurance Test:  ☐ Guideline Premium Test    ☐ Cash Value Accumulation Test
   c)   Contract Type/Death   ☐ Level (A)    ☐ Increasing (B)    ☐ Cash Value Accumulation Test (C)
     Benefit Option:                                        (if available.)

ETC-3-02                        2

JUL-19-2006 WED 01:09 PM 008, NEW ENG, \GEORGIA GP     FAX NO. 14042377428     P. 04

**4)** Existing or applied for insurance, including any term riders, or annuity: (If additional space is needed, provide details in the Supplemental Information Section.) If no existing or applied for insurance or annuity, check here ☐.

(Type: Life (L), Disability (D), Health (H), Annuity (A))

| Insured | Company | Type (L,D,H,A) | Amount | Year of Issue | Accidental Death Amount | RPL | 1035 |
|---|---|---|---|---|---|---|---|
| STEVEN TARASZKA | General American Life 3845745 | Life | 1,000,000 | 2003 | 0 | ☐Yes ☐Yes | ☐Yes ☐Yes |
|  | Manulife (cover bank loan) | Life | 850,000 | 1997 | 0 | ☐Yes ☐Yes | ☐Yes ☐Yes |
|  |  |  |  |  |  | ☐Yes | ☐Yes |

**5)** REPLACEMENTS
In connection with this conversion application, has there been or will there be with this or any other company any; surrender transaction; loan; withdrawal; lapse; reduction or redirection of premium/consideration; or change transaction involving an annuity or other life insurance? (If Yes, check "Yes" in the RPL column above for all policies that will be replaced and indicate whether the replacement will involve a 1035 Exchange. Also complete the Replacement Questionnaire and Disclosure and any applicable replacement forms. Check No if this term conversion is an exempt replacement transaction.) INTERNAL EXCHANGE ~ Gen Am to Met Life          ☑ Yes ☑ No

**6)** Is any person to be insured a dependent spouse or dependent minor? (If Yes, provide details below.)     ☐ Yes ☑ No
   a)   Amount of insurance on spouse:   Existing: $_____   Applied For: $_____
   b)   If dependent minor, are there any other siblings insured for less than this child is? (If Yes, provide details in Supplemental Information Section.)     ☐ Yes ☐ No
   c)   Amount of existing and applied for insurance on parents of dependent minor:

| Father's Name | Amount | | Mother's Name | Amount | |
|---|---|---|---|---|---|
|  | Existing | Applied For |  | Existing | Applied For |
|  |  |  |  |  |  |

**7)** MODE OF PAYMENT: Complete only if the mode of payment is different from the existing policy.
   a)   Mode of Payment:   ☐ Annual   ☐ Semiannual   ☐ Quarterly   ☐ Monthly   ☑ Bank Draft
                          ☐ Special Accts                                        ☐ Other _____
        (Additional details: existing/new account numbers, etc.):
   b)   Amount collected with application   $1,344.38   ☑ is   ☐ is not   equal to at least one monthly premium.

**8)** SOURCE OF FUNDS (planned premium/excess premium): (Check all that apply.)
   ☑ Earned Income          ☐ Money Market Fund          ☐ Certificate of Deposit
   ☐ Rollover/Transfer of Assets   ☐ Savings              ☐ Loan          ☐ Other
   ☐ Mutual Fund/Brokerage Acct.   ☐ Use of values in another Life Insurance/Annuity Contract

**9)** What is the purpose of this insurance?   ☐ Family Protection   ☐ Business   ☐ Estate Planning   ☐ Retirement
   ☑ Mortgage   ☐ Education Funding   ☑ Final Expenses   ☐ Special Needs   ☑ Other
                                                                        *Income Replacement*

ETC-3-02                                    3

**OWNER/BENEFICIARY:**

☐ Check here if the Owner and Beneficiary designations shown below will also apply to the original existing policy referenced in Question 1 of this application,

Provide the following information for all Primary/Contingent Owners and Beneficiaries: name; relationship to insured; date of birth; social security/tax ID number; citizenship; mailing address (and residence address if different). If Trust, Trustee Name and Date of Trust.

| 10)  Identity of Owner:            ☑ Insured | 11)  Identity of Contingent Owner (if applicable): |
|---|---|
| | |

Note: Multiple Beneficiaries will receive equal proceeds unless otherwise requested by Owner,  Indicate additional Beneficiaries/ Contingent Beneficiaries in Supplemental Information Section.

| 12)  Identity of Primary Beneficiary:  ☐ Owner | 13)  Identity of Contingent Beneficiary: |
|---|---|
| *Kellie W. GRAZIOSI –* <br> *Domestic Partner* <br> REDACTED <br> REDACTED | *Gene Taraseka – Father* |

☐ Check here if all present and future children born of the marriage of the Insured, (name) _____ and current spouse, (name) _____ , are to be included as Contingent Beneficiaries,

| 14)  ADDRESS OF INSURED: Complete only if the addresses are different from the existing policy. |
|---|
| Insured's current residence address: <br><br> REDACTED <br> (Street) <br><br> *Monroe*          *GA 30655* <br> (City/State)          (Zip) | Premium Payer's name and mailing address: <br> (If name or address is different than Insured's.) <br><br> *Monroe Medical & Wellness* <br> (Name) <br><br> *924 West Spring Street* <br> (Street) <br><br> *Monroe  GA    30655* <br> (City/State)          (Zip) |

Supplemental Information Section or Special Requests from Agent/Producer to Company

Home Office Endorsements: (Not applicable to: FL, KY, MD, MA, MN, MO, OR, PA, PR, WV, WI.)

## AGREEMENT/DISCLOSURE

I have read this application for life insurance including any amendments and supplements and to the best of my knowledge and belief, all statements are true and complete. I also agree that:

- In this Agreement, "the Company" means the insurer that issues the new or changed policy(ies) and/or rider(s).

- My acceptance of any insurance policy means I agree to any changes shown in the Home Office Endorsements section, where state law permits Home Office endorsements.

- This application and any amendment(s) and supplement(s) will be attached to and become part of the new or changed policy(ies).

- The basis of any policy and/or rider are:
  - My statements in this application and any amendment(s) and supplement(s); and
  - My statements in the application(s), amendment(s), paramedical/medical exam, questionnaire(s) and supplement(s) for the original policy(ies) and/or rider(s).

- Only the Company's President, Secretary or Vice-President may: (a) make or change any contract of insurance; (b) make a binding promise about insurance; or (c) change or waive any term of an application, receipt, policy, or rider.

- I understand that paying my insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.

- If I intend to replace existing insurance or annuities, I have so indicated in question 5 of this application.

- I have received the Company's Consumer Privacy Notice and, as required, the Life Insurance Buyer's Guide.

ETC-3-02                            5

JUL-19-2006 WED 01:11 PM 008, NEW ENG. \GEORGIA GP    FAX NO.—14042377428 —       P. 07

I also agree that:

* The answers given in this application may be relied upon in deciding whether to grant a conversion. Any conversion provided in reliance on such answers is contestable to the extent set forth in the resulting policy(ies) and/or rider. However, where coverage provided under the original policy(ies) and/or rider continues, such coverage remains contestable as set forth in the original policy(ies) and/or rider.
* The Company will not be liable under this application until a new policy(ies) and/or rider is delivered and any premium due is paid.
* Any new policy will be subject to any assignment of or restriction on the original policy(ies). Except where the original policy(ies) stay(s) in force, any policy loan will be charged to the new policy(ies) as a policy loan. It will be subject to the terms of the new policy(ies).
* Any dividend held under the original policy(ies), or other credit from the conversion, will: (a) be transferred to the new policy(ies); or (b) paid to the owner(s) of the new policy(ies); or (c) remain with the original policy(ies).

**Substitute Form W-9 · Request for Taxpayer Identification Number**

Owner's Taxpayer Identification Number: **REDACTED**

Under penalties of perjury I _STEVEN Robert TARMSZKI_ certify:
(Owner's Name)

1) That the number shown above is my correct taxpayer identification number; and
2) That I am not subject to backup withholding because: (a) I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends; or (b) the IRS has notified me that I am no longer subject to backup withholding; and
3) I am a U.S. citizen or a U.S. resident for tax purposes.*
Please note: Cross out and initial item 2 if subject to backup withholding as a result of a failure to report all interest and dividend income.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications to avoid backup withholding.
*If you are not a U.S. citizen or a U.S. resident for tax purposes, please complete form W-8BEN.

**SIGNATURES:**

| | Signed at City, State | Mo./Day/Year | Signature |
|---|---|---|---|
| Owner Before Change* (age 15 or over) | MONROE, GA | 7/17/04 | |
| Owner After Change* (if different) (age 15 or over) | | | |
| Collateral Assignee (before change, if any) | | | |
| Insured (age 15 or over) | | | |
| Parent or Guardian or person liable for child's support (Signature required if Owner or Insured is under the age of 18 and the parent, guardian or person liable for the child's support has not signed above.) | | | |
| Witness to Signatures (Licensed Agent/Producer) | MONROE, GA | 7/17/2006 | David H morgan |

*If the Owner is a Firm or Corporation, include Officer's title with signature. (Officer signing must be other than the Insured.)

ETC-3-02                                 6

FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE
WITH COVERAGE CONTINUATION

Non - Participating

DUPLICATE POLICY
2/2/11