# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| KELLIE WHITE GRAZIOSI,<br>    Plaintiff, | )<br>)<br>)<br>)<br>) | Civil Action File No.:<br>'3:11-CV-00080-CAR |
| v. | )<br>) | |
| METLIFE INVESTORS USA<br>INSURANCE COMPANY<br>    Defendant | )<br>)<br>)<br>) | |
| and | )<br>) | |
| METLIFE INVESTORS USA<br>INSURANCE COMPANY<br>    Counter-Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>) | |
| KELLIE WHITE GRAZIOSI,<br>EUGENE TARASZKA and ANN<br>TARASZKA, Individually; and<br>KEN TARASZKA, M.D. as Administrator<br>of the Estate of DR. STEVEN TARASZKA,<br>    Counter-Defendants | )<br>)<br>)<br>)<br>)<br>) | |

**<u>COUNTER-DEFENDANTS EUGENE TARASZKA AND ANN TARASZKA, INDIVIDUALLY, AND KEN TARASZKA, M.D., AS ADMINISTRATOR OF THE ESTATE OF DR. STEVEN TARASZKA'S DISCLOSURE OF KENNETH D. TARASZKA, M.D. AS AN EXPERT WITNESS</u>**

*Page 1 of 6*

COME NOW Counter-Defendants Eugene Taraszka and Ann Taraszka, Individually and Ken Taraszka, M.D., As Administrator of The Estate of Dr. Steven Taraszka (hereinafter collectively referred to as "Counter-Defendants") and pursuant to the Scheduling/Discovery Order [Doc. 47][1] and by this Disclosure and the contemporaneous service of Kenneth D. Taraszka, M.D.'s Rule 26 Report attached hereto, disclose Kenneth D. Taraszka, M.D. as an expert witness in this case to provide testimony at trial on behalf of Counter-Defendants.

Respectfully submitted this 30th day of March, 2012.

/s/ Matthew G. Moffett
Matthew G. Moffett
Georgia Bar No.: 515323
Wayne s. Melnick
Georgia Bar No.: 501267
Attorneys for Counter-Defendants Eugene Taraszka, Ann Taraszka and Ken Taraszka, M.D. as Administrator of the Estate of Dr. Steven Taraszka

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Pace Ferry Road
Atlanta, Georgia 30326
Telephone:  (404) 870-7390
Facsimile:  (404) 870-1030
E-mail:   mmoffett@grsmb.com
          wmelnick@grsmb.com

---

[1] The Scheduling/Discovery Order was subsequently amended by a text only entry on the docket on March 15, 2012 extending the deadline to disclose expert witnesses by and through March 30, 2012.

*[signature]*
F. Glenn Moffett, Jr.
State Bar No.: 515300
Attorneys for Counter-Defendants Eugene
Taraszka, Ann Taraszka and Ken Taraszka,
M.D. as Administrator of the Estate of Dr.
Steven Taraszka

**MOFFETT LAW FIRM, P.C.**
6065 Roswell Road, N.E.
Suite 625
Atlanta, Georgia 30328
Telephone: (404) 252-2223
Facsimile: (404) 252-2282
E-mail: gmoffett@mofflaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| KELLIE WHITE GRAZIOSI,<br>    Plaintiff, | ) <br> ) <br> ) <br> ) | Civil Action File No.:<br>3:11-CV-00080-CAR |
| v. | ) <br> ) | |
| METLIFE INVESTORS USA<br>INSURANCE COMPANY<br>    Defendant | ) <br> ) <br> ) <br> ) | |
| and | ) <br> ) | |
| METLIFE INVESTORS USA<br>INSURANCE COMPANY<br>    Counter-Plaintiff | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| KELLIE WHITE GRAZIOSI,<br>EUGENE TARASZKA and ANN<br>TARASZKA, Individually; and<br>KEN TARASZKA, M.D. as Administrator<br>of the Estate of DR. STEVEN TARASZKA,<br>    Counter-Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day I electronically filed ***COUNTER-DEFENDANTS EUGENE TARASZKA AND ANN TARASZKA,***

*Page 4 of 6*

*INDIVIDUALLY, AND KEN TARASZKA, M.D., AS ADMINISTRATOR OF THE ESTATE OF DR. STEVEN TARASZKA'S DISCLOSURE OF KENNETH D. TARASZKA, M.D. AS AN EXPERT WITNESS* with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following

>Joseph C. Sharp
>ASHE, RAFUSE & HILL
>joesharp@asherafuse.com
>
>Jeremy Vern Kilburn, Esq.
>PRESTON & MALCOM, P.C.
>jvk@alcovylaw.com
>
>Aaron E. Pohlmann, Esq.
>SMITH MOORE LEATHERWOOD, LLP
>aaron.pohlmann@smithmoorelaw.com
>lisa.bondurant@smithmoorelaw.com

Respectfully submitted this 30th day of March, 2012.

>Matthew G. Moffett
>Georgia Bar No.: 515323
>Wayne s. Melnick
>Georgia Bar No.: 501267
>Attorneys for Counter-Defendants Eugene Taraszka, Ann Taraszka and Ken Taraszka, M.D. as Administrator of the Estate of Dr. Steven Taraszka

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Pace Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7390
Facsimile: (404) 870-1030
E-mail: mmoffett@grsmb.com
wmelnick@grsmb.com

*Kellie White Graziosi v. MetLife Investors USA and MetLife Investors USA v. Kellie White Graziosi and Eugene Taraszka and Ann Taraszka, Individually; and Ken Taraszka, M.D., as Administrator of the Estate of Dr. Steven Taraszka*
*USDC, Middle District of Georgia, Athens Division*
*Civil Action File Number:  3:11-CV-00080-CAR*

# EXHIBIT "A" – RULE 26 EXPERT REPORT OF KENNETH D. TARASZKA, M.D.

## COUNTER-DEFENDANTS EUGENE TARASZKA AND ANN TARASZKA, INDIVIDUALLY, AND KEN TARASZKA, M.D., AS ADMINISTRATOR OF THE ESTATE OF DR. STEVEN TARASZKA'S DISCLOSURE OF KENNETH D. TARASZKA, M.D. AS AN EXPERT WITNESS

**Kenneth D. Taraszka, MD**
Redacted

The following comprises my Rule 26 Expert Report in the matters involving the death of Steven R. Taraszka, M.D. My curriculum vitae indicating my qualifications for this report is being provided contemporaneously herewith. I have not been compensated for the opinions provided herein nor have I testified as an expert witness in the last four years.

I.   **Information Reviewed**

In preparation for writing this report, I reviewed the following information:

a. Pleadings and discovery served;

b. Deposition of Kellie White Graziosi;

c. Deposition of Ann Taraszka;

d. Deposition of Eugene Taraszka;

e. Deposition of Ken Taraszka, M.D.;

f. Records Produced by the Walton County Sheriff;

g. EMS reports;

h. Coroners report;

i. Autopsy and related toxicology report; and

j. Medical records produced by Dr. Jarrett.

This is in addition to the information that I have personal knowledge of due to my involvement in these matters.

II.   **Autopsy/Toxicology Results**

In the death of Steven R. Taraszka, MD, the autopsy found levels of Fentanyl of 16 micrograms/liter. This level is eight times the high normal therapeutic limit of Fentanyl. A level this high should have caused near instant cessation of breathing, and would certainly cause death quickly if mechanical ventilation was not initiated. Levels this high would certainly stop respirations almost instantly. An overdose of Fentanyl was the cause of death of Steven Taraszka.

### III. Fentanyl

Fentanyl is a synthetic opiate pain medicine similar though 100 times more potent than morphine. It is a very short acting pain medication with a rapid onset of action. Fentanyl is often used to treat pain during surgery, and for breakthrough pain in cancer patients. It is occasionally used in transdermal patches to treat chronic pain.

Like all opiates, Fentanyl mediates pain by binding to receptors in the brain that control pain. These receptors also affect emotions, and respirations or breathing. The effects of stimulating these receptors cause pain tolerance, euphoria, drowsiness, respiratory depression and in large doses, respiratory arrest, or the cessation of breathing, nausea, unconsciousness, coma and death. Most often overdoses of Fentanyl, or any opiate for that matter are fatal because the overdosed person ceases to breath, once the body lacks oxygen, the heart will slow and ultimately stop in a period of only a few minutes from the moment breathing ceases.

Fentanyl is most commonly used as an injectible, intravenous solution, though recently a transdermal patch similar to Nicotine patches has been created for use in chronic pain. Due to the rapid onset of action of Fentanyl, it is more commonly used to sudden severe pain or breakthrough pain in cancer patients and is used in Actiq® lollipops, as well as a lozenge and buccal tablet. Due to the extreme potency of these medications, they are all packaged in specific, well-labeled containers.

### IV. Opinions Provided and Basis for Same

It is my opinion that Kellie White Graziosi is responsible and caused the death of Steven R. Taraszka, M.D. This opinion is based on the evidence I have reviewed, the statements made by Ms. Graziosi, both directly to me and as documented as being made to others, and my knowledge of the interaction of Fentanyl with the human body.

Ms. Graziosi has repeatedly stated numerous times that the last thing Steven Taraszka consumed was a Dairy Queen Blizzard prior to going to sleep at approximately 10 PM on the night of his death. The cause of Steven Taraszka's death was a massive overdose of Fentanyl, a very rapid onset and short duration of action narcotic. The investigating law enforcement officers did a search of the house and there was no evidence of any direct delivery method discovered (i.e. no syringe, no empty vials, no used patches, no empty containers, etc.). As such, it is my opinion that Ms. Graziosi supplied the Fentanyl to Steven Taraszka in the Blizzard that she provided him. Because Fentanyl has a strong salty taste to it, placing the drug in a dairy product would successfully "mask" the taste so that Steven Taraszka would not have tasted it when ingesting the Blizzard.

This opinion is supported, at least in part, by the fact that no Blizzard cup was found by the police department, despite Graziosi's testimony that it was sitting on the top of the garbage in the kitchen and was in the outside dumpster in the days

following the death of Steven Taraszka. Ms. Graziosi's testimony is contradicted by the statement of Sheriff Chapman who provided that the Blizzard cup was specifically searched for and never found. Due to the extreme strength and quick interaction time of Fentanyl as a narcotic, the fact that it is only available in a few limited modes of delivery and the volume that would have been required to reach the levels determined in the autopsy of Steven Taraszka, this is the most probable method of delivery of the Fentanyl at issue.

I have considered the fact that Steven Taraszka had prior issues with drugs in rendering my opinion in this matter. However, he had been being seen regularly by Dr. Jarrett and was being subjected to drug screens at least once per month for a significant period of time prior to his death. I have reviewed the records of Dr. Jarrett and Steven Taraszka never tested positive for any drugs he was not otherwise prescribed. Although Ms. Graziosi testified that Steven Taraszka had tested inappropriately positive during a drug screen approximately two months prior to his death, Dr. Jarrett's records confirm that Ms. Graziosi's testimony is inaccurate as there is no such record of any such positive drug screen. As such, I have ruled out Steven Taraszka's prior issues with drugs as being a causative factor in his death. I have also considered and ruled out emotional issues as being a causative factor in Steven Taraszka's death. I had personally spoken with Steven Taraszka on a regular basis in the weeks prior to his death and he was not exhibiting any symptoms that would indicate that he was depressed or had other emotional or psychological issues that would lead me to believe that he was suicidal. Other than the self-serving testimony of Ms. Graziosi, who obviously has a bias and motive for providing inaccurate testimony, there exists no credible evidence that Steven Taraszka was suicidal or at-risk for suicide. This is further corroborated by the fact that no suicide note was found.

The time line provided by Ms. Graziosi is not only inconsistent but also contradictory to the physical evidence. Because of the toxic level of Fentanyl found in Steven Taraszka's system post-mortem, he would have expired within 15-30 minutes of ingestion of the narcotic.

Due to the rapid onset of Fentanyl, and its short duration of action, Steven Taraszka could not have survived to the Midnight time Ms. Graziosi reports him to have been "snoring," especially in light of Ms. Graziosi's statements and testimony that once Steven Taraszka went to sleep, he never awoke.

### V.   Conclusion

Based on the evidence I have reviewed in this matter, it is my opinion to a reasonable degree of medical probability that Ms. Graziosi caused the untimely death of Steven Taraszka via a lethal dose of Fentanyl.

Respectfully submitted this 30th day of March, 2012.

*/S Ken Jaraszka, M.D.*

*Kellie White Graziosi v. MetLife Investors USA and MetLife Investors USA v. Kellie White Graziosi and Eugene Taraszka and Ann Taraszka, Individually; and Ken Taraszka, M.D., as Administrator of the Estate of Dr. Steven Taraszka*
*USDC, Middle District of Georgia, Athens Division*
*Civil Action File Number: 3:11-CV-00080-CAR*

# EXHIBIT "B" – CURRICULUM VITAE OF KENNETH D. TARASZKA, M.D.

## COUNTER-DEFENDANTS EUGENE TARASZKA AND ANN TARASZKA, INDIVIDUALLY, AND KEN TARASZKA, M.D., AS ADMINISTRATOR OF THE ESTATE OF DR. STEVEN TARASZKA'S DISCLOSURE OF KENNETH D. TARASZKA, M.D. AS AN EXPERT WITNESS

# Curriculum Vitae

## KENNETH D. TARASZKA, M.D.



**EDUCATION, TRAINING:**

1985-1989  Bachelors of Science, The Pennsylvania State University, State College, Pennsylvania.
1989-1993  Doctor of Medicine, Saint Louis University School of Medicine, St. Louis, Missouri.
1993-1997  Resident, Department of Anesthesia, St Louis University Health Sciences Center, St. Louis, MO.

**ACADEMIC HONORS:**

Golden Key National Honor Society, The Pennsylvania State University, 1987-present.

**CERTIFICATION:**

1994 Diplomate, National Board of Medical Examiners.
1998 Board Certified, American Board of Anesthesiology.

**EXPERIENCE:**

Northside Hospital and Heart Institute – 7/97 to 4/99, cardiac surgical center.
Bayfront Medical Center  - 6/99 to 7/00, regional trauma and OB center.
Largo Medical Center  - 7/00 to 10/31/2006, cardiac center
       Chairman Medical Records Committee 2004 to 2006.
       Billing  Matrix coordinator
       JCAHO Compliance Officer 2004 to 2006
Bayfront Medical Center – 11/2006 – 1/2008 Trauma and cardiac center with high risk OB
Montgomery Alabama VA hospital (Locums) 3/2008-5/2008
North Pinellas Anesthesia 6/2008 – present, various surgery centers and community hospital coverage

**SOCIETY MEMBERSHIPS:**

American Society of Anesthesiologists.
Florida Society of Anesthesiologists.
International Anesthesia Research Society.

**ABSTRACTS:**

Taraszka, K., Foroughi, V., "Use of a thoracic epidural for treatment of Ogilvie's syndrome and a flail chest.", Midwest Anesthesia Residents Conference, Ann Arbor, Michigan, March 1995.
Taraszka, K., Custer, R., Krucylak, P., "Succinylcholine is safe for intubations outside of the operating room.", Midwest Anesthesia Residents Conference, Cleveland, Ohio, March, 1996.
Taraszka, K., Padda, G.,Cruz, O.,Silen, M., Krock, J., Skin conductance response facilitates diagnosis of pediatric Harlequin  Syndrome, pending publication.

**REFERENCES:**

Available upon request