IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| KELLIE WHITE GRAZIOSI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METLIFE INVESTORS USA | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant and | ) | CIVIL ACTION |
| Plaintiff-in-Counterclaim | ) | |
| | ) | FILE NO. 3:11-CV-00080-CAR |
| v. | ) | |
| | ) | |
| EUGENE TARASZKA and ANN | ) | |
| TARASZKA, Individually; and | ) | |
| KEN TARASZKA, M.D. as | ) | |
| Administrator of the Estate of | ) | |
| DR. STEVEN TARASZKA | ) | |
| | ) | |
| Defendants-in-Counterclaim | ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Now come Plaintiff KELLIE WHITE GRAZIOSI and Defendant and

Counterclaim Plaintiff METLIFE INVESTORS USA INSURANCE COMPANY

("MetLife"), and pursuant to Fed. R. Civ. P. 26(c), jointly request entry of a

proposed Consent Protective Order.

1.

Discovery between Plaintiff and MetLife will involve production and review

of confidential information, proprietary information, commercially sensitive business information, private data, and/or financial information relating to the parties and nonparties.

2.

Plaintiff and MetLife desire to avoid the needless dissemination of the above-referenced information outside of this lawsuit and, further, to avoid a dispute over the production of such information. Accordingly, the parties have drafted a proposed Consent Protective Order for the Court's consideration.

3.

WHEREFORE, good cause having been shown within the meaning of Fed. R. Civ. P. 26(c), Plaintiff and MetLife jointly request entry of the proposed Consent Protective Order submitted herewith.

This 2nd day of August, 2012.

(*Signatures on next page*)

| | |
|---|---|
| *s/Joseph C. Sharp*<br>Joseph C. Sharp<br>Georgia Bar No. 637965<br>ASHE, RAFUSE & HILL, LLP<br>1355 Peachtree Street, N.E., Suite 500<br>Atlanta, Georgia 30309<br>joesharp@asherafuse.com<br>(404) 253-6000 Telephone<br>(404) 253-6060 Facsimile<br><br>*s/ Jeremy V. Kilburn*<br>Jeremy V. Kilburn<br>Georgia Bar No. 315728<br>Preston & Malcolm P.C.<br>Post Office Box 984<br>Monroe, Georgia 30655<br>(770) 267-2503 Telephone<br>(770) 267-2899 Facsimile<br><br>*Attorneys for Plaintiff* | *s/Aaron E. Pohlmann*<br>Elizabeth J. Bondurant<br>Georgia Bar No. 066690<br>Aaron E. Pohlmann<br>Georgia Bar No. 582685<br>SMITH MOORE LEATHERWOOD LLP<br>Atlantic Center Plaza<br>1180 W. Peachtree St. NW<br>Suite 2300<br>Atlanta, GA 30309-3482<br>(404) 962-1000 Telephone<br>(404) 962-1200 Facsimile<br><br>*Attorneys for Defendant and Plaintiff-in-interpleader MetLife Investors USA Insurance Company* |

# CERTIFICATE OF SERVICE

The foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Joseph C. Sharp
**ASHE, RAFUSE & HILL, LLP**
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232

Jeremy Vern Kilburn
Paul L. Rosenthal
**PRESTON & MALCOM, P.C.**
P.O. Box 984
Monroe, Georgia 30655

F. Glenn Moffett, Jr.
**MOFFETT LAW FIRM, P.C.**
6065 Roswell Road, N.E.
Suite 625
Atlanta, Georgia 30328

Wayne S. Melnick
Matthew G. Moffett
**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road
1700 Atlanta Plaza
Atlanta, Georgia 30326

This 2nd day of August, 2012.

*s/ Aaron E. Pohlmann*
Aaron E. Pohlmann