MetCare Lite: View Case

Page 1 of 4

PLAINTIFF'S
EXHIBIT
P-2
6/12/12
Medeiros SD

ML 000358

MetCareLite - Search for Case - View Case

# View Case: 00001-06601-852

- 11/22/2010 14:30:43-Modified:11/22/2010 14:35:44 View details
  - 11/22/2010 14:35:32 DAVID MORGAN View details
    - 11/22/2010 14:30:43 Margaret Curtis View details
      - Contract 206153777 USU View details
        - ☑ Death Claim First Notice View details

## Case: 11/22/2010 14:30:43-Modified:11/22/2010 14:35:44 Go back

| | |
|---|---|
| **Case ID** | 00001-06601-852 |
| **Start** | 11/22/2010 14:30:43 |
| **Last Modified** | 11/22/2010 14:35:44 |
| **Status** | Closed |

## Communication: 11/22/2010 14:35:32 DAVID MORGAN Go back

| | |
|---|---|
| **Channel** | Inbound Phone Call |
| **Start** | 11/22/2010 14:35:32 |
| **Stop** | 11/22/2010 14:35:44 |
| **Contacting Party Name** | DAVID MORGAN |
| **Gender** | M |
| **Organization** | |

http://emc2.metlife.com/Advisor/servlet/com.metlife.metcare.core.web.lite.MetCareLite?actionid=csldetail&contractID=00001-... 6/30/2011

ML 000359

| | |
|---|---|
| **SSN/TIN** | 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 |
| **Address** | 3635 MOUNT CARMEL CHURCH RD<br>MONROE, GA 30655-5340 |
| **Email Address** | |
| **Phone Number** | (678)297-4043 |
| **Fax Phone Number** | |
| **Alternate Phone Number** | |
| **Source** | Brokerage - EPI/IBIS |
| **Call ID** | |
| **Call GUID** | |
| **Survey Indicator** | Y |
| **Notify Sales Office** | Y |

## ServiceSession: 11/22/2010 14:30:43 Margaret Curtis Go back

| | |
|---|---|
| **User Name** | Margaret Curtis |
| **User Type** | |
| **Start** | 11/22/2010 14:30:43 |
| **Stop** | 11/22/2010 14:35:44 |
| **Status** | Complete |
| **Site** | Warwick |
| **Include in Reporting** | Y |
| **User Group** | MetLife Life FCC |
| **Skill Split** | |
| **Transfer Out** | N |

ML 000360

**Session Comment** (678)297-4043

**Contract 206153777 USU**

## Contract: Contract 206153777 USU Go back

| | |
|---|---|
| **Contract Key** | 206153777 USU |
| **Group Number** | |
| **Product Type** | Default |
| **Contract Type** | Life |
| **Relationship** | Broker |
| **Security** | Y |
| **Contract Comment** | |

## Activity: Death Claim First Notice Go back

Service Event Level Details:

| | |
|---|---|
| **Start** | 11/22/2010 14:34:26 |
| **Stop** | 11/22/2010 14:35:30 |
| **Reason(s)** | Death Claim First Notice |
| **Status** | Complete |

Activity Level Details for:

| | |
|---|---|
| **Claimant Name** | David Morgan |
| **Claimant Delivery 1** | 3635 MOUNT CARMEL CHURCH RD |
| **Claimant City** | MONROE |
| **Claimant State** | GA |

ML 000361

| | |
|---|---|
| **Claimant Zip** | 30655-5340 |
| **Claimant Phone** | (678)297-4043 |
| **Deceased Name** | STEVEN R TARASZKA |
| **Date of Death** | 11/19/2010 |
| **Resident State** | GA |
| **Relation to Contract** | Death of Insured on a Non-Family Policy |
| **App Requested** | No |
| **Verified Beneficiary** | No |
| **Caller is Beneficiary** | No |
| **Deliver the Promise** | No |
| **Contract 1** | 206153777 USU |