MetLife
700 Quaker Lane, PO Box 330, Warwick, RI 02887-0330

# MetLife®

Ms. Kellie W. Graziosi
3635 Mount Carmel Church Road
Monroe GA  30655-5340

Re:   Insured    Steven R Taraszka
      Policy     206 153 777 USU    MetLife Investors USA Insurance Company

Dear Ms. Graziosi,

Please accept our sincere condolences on your loss.

Enclosed is our claim packet.  Please fully complete and sign page 3.  The completed form should be returned with a certified copy of Steven's death certification and the policy if available.

If you have any questions, please feel free to contact me at 401-827-2677.

Sincerely,

Kathleen M. M. Medeiros
MetLife Claims Unit

December 8, 2010


PLAINTIFF'S EXHIBIT 3  6/12/12
Medeiros  SB

ML 000096