MetCareLife - Search for Case - View Case

# View Case: 00001-08523-755

- 12/21/2010 14:47:06-Modified:12/21/2010 14:55:41 View details
  - 12/21/2010 14:49:06 BURKE JOHNSON View details
    - 12/21/2010 14:49:06 Tina Lam View details
      - Contract 206153777 USU View details
        - Death Claim Payment Inquiry View details
  - 12/21/2010 14:47:06 View details
    - 12/21/2010 14:47:06 MetLifeLIFE IVR View details
      - Contract 206153777 USU View details
        - Death Claim Inquiry View details
        - Security View details

**Case:** 12/21/2010 14:47:06-Modified:12/21/2010 14:55:41  Go back

| | |
|---|---|
| Case ID | 00001-08523-755 |
| Start | 12/21/2010 14:47:06 |
| Last Modified | 12/21/2010 14:55:41 |
| Status | Closed |

**Communication:** 12/21/2010 14:49:06 BURKE JOHNSON  Go back



PLAINTIFF'S EXHIBIT
6  6/12/12
Medeiros SB

ML 000339

| | |
|---|---|
| Channel | Inbound Phone Call |
| Start | 12/21/2010 14:49:06 |
| Stop | 12/21/2010 14:55:41 |
| Contacting Party Name | BURKE JOHNSON |
| Gender | M |
| Organization | |
| SSN/TIN | 137723189 |
| Address | 3635 MOUNT CARMEL CHURCH RD<br>MONROE, GA 30655-5340 |
| Email Address | |
| Phone Number | (404)909-8407 |
| Fax Phone Number | |
| Alternate Phone Number | |
| Source | Death Claim Follow Up |
| Call ID | 7683 |
| Call GUID | |
| Survey Indicator | Y |
| Notify Sales Office | Y |

**ServiceSession:** 12/21/2010 14:49:06 Tina Lam  <u>Go back</u>

| | |
|---|---|
| User Name | Tina Lam |
| User Type | |
| Start | 12/21/2010 14:49:06 |
| Stop | 12/21/2010 14:55:41 |

ML 000340

| Status | Complete |
| --- | --- |
| Site | Tulsa |
| Include in Reporting | Y |
| User Group | MetLife Life |
| Skill Split | 2 |
| Transfer Out | N |
| Session Comment | clr said he is the attorney to the pio's estate. |
| Contract 206153777 USU | |

**Contract:** Contract 206153777 USU  <u>Go back</u>

| Contract Key | 206153777 USU |
| --- | --- |
| Group Number | |
| Product Type | Default |
| Contract Type | Life |
| Relationship | Attorney |
| Security | N |
| Contract Comment | |

**Activity:** Death Claim Payment Inquiry  <u>Go back</u>

Service Event Level Details:

| Start | 12/21/2010 14:50:46 |
| --- | --- |
| Stop | 12/21/2010 14:55:13 |
| Reason(s) | CSC Only Inquiry |

ML 000341

Status    Complete

**Communication:** 12/21/2010 14:47:06    Go back

| | |
|---|---|
| Channel | Inbound Phone Call |
| Start | 12/21/2010 14:47:06 |
| Stop | 12/21/2010 14:48:34 |
| Contacting Party Name | |
| Gender | |
| Organization | |
| SSN/TIN | 137723189 |
| Address | |
| Email Address | |
| Phone Number | |
| Fax Phone Number | |
| Alternate Phone Number | |
| Source | Unknown |
| Call ID | |
| Call GUID | |
| Survey Indicator | Y |
| Notify Sales Office | Y |

**ServiceSession:** 12/21/2010 14:47:06 MetLifeLIFE IVR    Go back

ML 000342

| | |
|---|---|
| User Name | MetLifeLIFE IVR |
| User Type | |
| Start | 12/21/2010 14:47:06 |
| Stop | 12/21/2010 14:48:34 |
| Status | Complete |
| Site | Dayton |
| Include in Reporting | Y |
| User Group | MetLife Life |
| Skill Split | |
| Transfer Out | Y |
| Session Comment | |
| Contract 206153777 USU | |

**Contract:** Contract 206153777 USU  <u>Go back</u>

| | |
|---|---|
| Contract Key | 206153777 USU |
| Group Number | |
| Product Type | Default |
| Contract Type | Life |
| Relationship | Unknown |
| Security | N |
| Contract Comment | |

**Activity:** Death Claim Inquiry  <u>Go back</u>

ML 000343

Service Event Level Details:
Start        12/21/2010 14:47:06
Stop         12/21/2010 14:48:34
Reason(s)    Death Claim Inquiry
Status       Complete

**Activity:** Security <u>Go back</u>

Service Event Level Details:
Start        12/21/2010 14:47:06
Stop         12/21/2010 14:48:34
Reason(s)    Policy Number Entered
Status       Complete

ML 000344

MetCareLife - Search for Case - View Case

# View Case: 00001-08508-468

- 12/21/2010 12:59:14-Modified:12/21/2010 13:06:13 View details
  - 12/21/2010 13:03:01 BURK JOHNSON View details
    - 12/21/2010 13:03:01 Earle Horton View details
  - 12/21/2010 12:59:14 View details
    - Contract 206153777 USU View details
  - 12/21/2010 12:59:14 MetLifeLIFE IVR View details
    - Contract 206153777 USU View details
      - ☑ Death Claim Inquiry View details
      - ☑ Security View details
      - ☑ Transfer Call View details

**Case:** 12/21/2010 12:59:14-Modified:12/21/2010 13:06:13  Go back

| | |
|---|---|
| Case ID | 00001-08508-468 |
| Start | 12/21/2010 12:59:14 |
| Last Modified | 12/21/2010 13:06:13 |
| Status | Closed |

**Communication:** 12/21/2010 13:03:01 BURK JOHNSON  Go back

ML 000345

| Field | Value |
|---|---|
| Channel | Inbound Phone Call |
| Start | 12/21/2010 13:03:01 |
| Stop | 12/21/2010 13:06:13 |
| Contacting Party Name | BURK JOHNSON |
| Gender | M |
| Organization | |
| SSN/TIN | 137723189 |
| Address | 3635 MOUNT CARMEL CHURCH RD<br>MONROE, GA 30655-5340 |
| Email Address | |
| Phone Number | (404)909-8407 |
| Fax Phone Number | |
| Alternate Phone Number | |
| Source | Death Claim Follow Up |
| Call ID | 14227 |
| Call GUID | |
| Survey Indicator | Y |
| Notify Sales Office | Y |

**ServiceSession:** 12/21/2010 13:03:01 Earle Horton  Go back

| Field | Value |
|---|---|
| User Name | Earle Horton |
| User Type | |
| Start | 12/21/2010 13:03:01 |
| Stop | 12/21/2010 13:06:13 |

ML 000346

| | |
|---|---|
| Status | Complete |
| Site | Tulsa |
| Include in Reporting | Y |
| User Group | MetLife Life |
| Skill Split | 2 |
| Transfer Out | N |
| Session Comment | atty handling estate of the insured for the brother, will call back after getting the dob of the insured/owner to vouch for his relationship/complete scty. |
| Contract 206153777 USU | |

## Contract: Contract 206153777 USU   Go back

| | |
|---|---|
| Contract Key | 206153777 USU |
| Group Number | |
| Product Type | Default |
| Contract Type | Life |
| Relationship | Attorney |
| Security | Y |
| Contract Comment | |

## Communication: 12/21/2010 12:59:14   Go back

| | |
|---|---|
| Channel | Inbound Phone Call |
| Start | 12/21/2010 12:59:14 |
| Stop | 12/21/2010 13:00:27 |

| Field | Value |
|---|---|
| Contracting Party Name | |
| Gender | |
| Organization | |
| SSN/TIN | 137723189 |
| Address | |
| Email Address | |
| Phone Number | |
| Fax Phone Number | |
| Alternate Phone Number | |
| Source | Unknown |
| Call ID | |
| Call GUID | |
| Survey Indicator | Y |
| Notify Sales Office | Y |

## ServiceSession: 12/21/2010 12:59:14 MetLifeLIFE IVR  Go back

| Field | Value |
|---|---|
| User Name | MetLifeLIFE IVR |
| User Type | |
| Start | 12/21/2010 12:59:14 |
| Stop | 12/21/2010 13:00:27 |
| Status | Complete |
| Site | Warwick |
| Include in Reporting | Y |

ML 000348

| Field | Value |
|---|---|
| User Group | MetLife Life |
| Skill Split | |
| Transfer Out | Y |
| Session Comment | |
| Contract Comment | 206153777 USU |

**Contract:** Contract 206153777 USU  Go back

| Field | Value |
|---|---|
| Contract Key | 206153777 USU |
| Group Number | |
| Product Type | Default |
| Contract Type | Life |
| Relationship | Unknown |
| Security | N |
| Contract Comment | |

**Activity:** Death Claim Inquiry  Go back

Service Event Level Details:

| Field | Value |
|---|---|
| Start | 12/21/2010 12:59:14 |
| Stop | 12/21/2010 13:00:27 |
| Reason(s) | Death Claim Inquiry |
| Status | Complete |

**Activity:** Security  Go back

ML 000349

Service Event Level Details:

| | |
|---|---|
| Start | 12/21/2010 12:59:14 |
| Stop | 12/21/2010 13:00:27 |
| Reason(s) | Policy Number Entered |
| Status | Complete |

**Activity:** Transfer Call  <u>Go back</u>

Service Event Level Details:

| | |
|---|---|
| Start | 12/21/2010 12:59:14 |
| Stop | 12/21/2010 13:00:27 |
| Reason(s) | Death Claim |
| Status | Complete |

ML 000350