(Page 1 of 1)

Clerk ID Prefix :
Clerk Name : Sharon Proulx
Wip Case Number : 0
Creation Date : 12/27/2010 11:21:37 AM

Attn :
From : TMOS
Subject : CALL TO 1-800-MET-5000

METCARE REFERRAL
REFERRAL TYPE: Death Claim Inquiry
CSC: Sharon Proulx   USER GROUP: MetLife Life FCC
SITE: Warwick

POLICY   SUFF  REF   INSURED NAME        DATE OF CALL: 12-27-2010
206153777 USU   Y    STEVEN R TARASZKA

CALLER NAME....: david morgan
CALLER STREET..: 3635 MOUNT CARMEL CHURCH RD
CALLER CITY....: MONROE STATE: GA ZIPCODE: 30655-5340
CALLER PHONE...: 999-999-9999 ALTERNATE PHONE:
CALLER FAX.....:
RELATIONSHIP...: Field Representative DO/BR: 66W0751

Session: ph-678-297-4043Contract: (206153777 USU) explained that we will go by what is listed on the APP or any change form that was submitted and record prior to the death. Confirmed the family has been trying to call for information but does not appear anything released because they are not the bene. The agent has advised that the family is trying to fight the proceeds from being made payable to the named bene because of family issues. They have requested no information be provided to anyone other than the named bene or him as they agent. Explained will send a referral to see what can be done.

**Attention :**
Rush ? ○ Yes ● No
Archive Date : 01/04/2011
Comments :

**Assigned To :**
Carol E Costa
Sent To: Ind_Death_Claims_Warwick.

**Status :**
Open - Assigned

PLAINTIFF'S EXHIBIT 9 6/12/12 Medeiros SB

ML 000093