~~Memo of Record~~

Re: Steven Taraszka MD
206 153 777 USU

Called Attorney Burke Johnson for an update. Left message with assistant to call me. 678-288-0030 x8407.

................................................................

Call rec'd from Accountant for Eugene & Kenneth Taraszka Ken Bailynsor. Called to advise the matter is going into litigation. The family has retained the Moffet Law Firm (Attorney Johnson is only an estate attorney) and should be filing with the court shortly and MetLife is going to be named.

................................................................

A/R David Morgan called for an update – 678-297-4043. Returned call and left my name and direct number.

................................................................

Call rec'd from Attorney Glen Moffett. Has been retained by the family and estate of the insured. Will be filing suit naming MetLife. Please hold off on any payment. Email – gmoffett@mofflaw.com. Phone 404-252-2223, fax 404-252-2282. Is requesting a copy of our file.

Returned call to Attorney Moffett. Gave fax number for him to send over a letter of representation. Furnished street address for court documents to be sent.

KMMM
1-24-11



PLAINTIFF'S EXHIBIT 16 6/12/12 Medeiros SB