~~Memo of Call~~

Re:  Steven Taraszka MD
     206 153 777 USU

Call rec'd from Attorney Jeremy Kilburn. Please call with status, 770-267-2503.

Returned the call. I explained that we are on notice that MetLife will be named in a suit regarding the proceeds from this policy. I explained I received a call yesterday from Attorney Glen Moffett that put us on notice. I was waiting for written confirmation before sending any correspondence. Once rec'd the file will then be forwarded to our legal depart.

Attorney Kilburn understands. Request I fax a copy of my letter over to expedite

KMMM
1-25-11

PLAINTIFF'S EXHIBIT
6/12/12  17
Medeiros  SD

ML 000079