| TO: | Regina Solomon-Stowe | FROM: | Kathy Kurtz FOLLOW UP 3-7-11 |
| --- | --- | --- | --- |
| | P.I. Claims Advisory | Section: | IB Claims |
| | NYHO Area 7G | Office: | WCSC |

## REFERRAL WORK SHEET

| | |
| --- | --- |
| Deceased/Disabled Insured LAST NAME | Taraszka |
| Deceased/Disabled Insured FIRST NAME | Steven |
| Deceased/Disabled Insured MIDDLE INITIAL | R |
| State of Insured's Residence | GA |
| Date/First Notice of Claim | 12-1-2010 |

| Policy Number | Face Amount | Total Risk | Company | Policy Series | Line of Business | Referral Type |
| --- | --- | --- | --- | --- | --- | --- |
| 206153777usu | $1 million | $1 million | 5 | 8 | 1 | 2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Company | Policy Series | Line of Business | Type of Referral |
| --- | --- | --- | --- |
| 1. MetLife Ins. Co. | 1. Met Series | 1. Ordinary Notice | 1. Add'l info attached requested by Advisory. |
| 2. Met Ins & Ann Co. | 2. Tower Series | 2. Ordinary Account | 2. Pre-payment mandatory referral. |
| 3. Met Tower Life Ins Co. | 3. Executive Series | 3. Industrial | 3. Non-mandatory Advisory opinion. |
| 4. Met Reinsurance Co. | 4. Universal Life | 4. EBP | 4. Post-payment mandatory referral. |
| 5. Other | 5. Variable Life | 5. EBPG | 5. Hypothetical question Advisory opinion. |
| | 6. Metromatic | 6. Annuity | |
| | 7. Pre-Met Tower | 7. Group | |
| | 8. Other | 8. Metromatic | |

CASE SUMMARY (use additional sheet if necessary):

Our policy has been included in litigation between the family of the insured and the named beneficiary. A complete duplicate of our file is attached here under along with a duplicate policy.

Both parties are represented by counsel and they have been advised that the case has been referred because of this litigation.

Filing Attorney Glenn Mottett has requested confirmation that no proceeds will be paid out during this process.

Date of 1st Referral ___/___/___          Date of 3rd Referral ___/___/___
Date of 2nd Referral ___/___/___         Date of 4th Referral ___/___/___



PLAINTIFF'S EXHIBIT 25

ML 000104

# Inter Office Referral Sheet –claim evaluation

To: Consultant

From: Kathleen M. M. Medeiros

Date: 3-7-11

Re: Policy No. (s)   206 153 777 USU

Insured:   Taraszka

Reason for Referral:   Overpayment   Other

Case Summary:  Additional correspondence from attorney for the family of the insured with copy of suit files with court

Referral Response:

ML 000105