# Inter Office Referral Sheet –claim evaluation

To:     Consultant

From:   Kathleen M. M. Medeiros

Date:   2-4-11

---

Re:   Policy No. (s)    206 153 777 USU

      Insured:          Taraszka

---

Reason for Referral:          Overpayment          Other

Case Summary: Adverse claim. Copy of action being filed in district court attached. I have also obtained a full duplicate policy.

Please contine.

Referral Response:



PLAINTIFF'S EXHIBIT 2b 6/12/12 Medeiros SB

ML 000098



**Fw: Notification of Large Claims - MLI-USA - Steven R. Taraszka - 206153777USU**
MetLife    Shelby L Lyons  to: Kathryn L Kurtz                02/04/2011 02:11 PM

**Shelby L Lyons**
Senior Claim Approver
Life Administration | Individual Life Death Claims
☎: 401-827-3019 | 🖷: 401-827-3407 | ✉: sllyons@metlife.com
*Our Promise - First Class Service for a "Life" time*

View and update your account at www.eService.metlife.com. Simple. Secure. Efficient.

Please consider the environment before printing this e-mail
----- Forwarded by Shelby L Lyons/Ind/MetLife/US on 02/04/2011 02:10 PM -----

| | |
|---|---|
| From: | Shelby L Lyons/Ind/MetLife/US |
| To: | Robert Linzey/Ind/MetLife/US@MetLife, Mary Stewart/Ind/MetLife/US@MetLife, Jill A Garofalo/Ins/MetLife/US@MetLife, Paul Schmieder/Ind/MetLife/US@MetLife, John Volinski/Ind/MetLife/US@MetLife, John T Maloney/Tne/MetLife/US@MetLife, Mary Swyers/Bsg/MetLife/US@MetLife, Maria Minchello/Tne/MetLife/US@MetLife, Kieran R Mullins/Ind/MetLife/US@MetLife, Maureen Leydon/Tne/MetLife/US@MetLife, Felicia Stinson/Fms/MetLife/US@MetLife, Kathleen J Schoos/Ind/MetLife/US@MetLife, Meghan Belinski/Fms/MetLife/US@MetLife |
| Cc: | Michael Coe/Ins/MetLife/US@MetLife, Dorothy Smith/Tne/MetLife/US@MetLife, Sylvia Huang/Bsg/MetLife/US@MetLife, Debbie Milliner/Fms/MetLife/US@MetLife, Imaralisa Revuelta/Fms/MetLife/US@MetLife, Cesar Buitrago/Ind/MetLife/US@MetLife, Sandy Hamilton/Fms/MetLife/US@MetLife, Errol Davis Jr./Fms/MetLife/US@MetLife, David S Walsh/Aud/MetLife/US@MetLife, Maureen B Headley-Whitaker/Ins/MetLife/US@MetLife, Kathryn K Ellis/Fms/MetLife/US@MetLife, Ted M Lane/Ind/MetLife/US@MetLife, Fernanda Cortes-Avila/Ins/MetLife/US@MetLife, Jacki Goldstein/Ind/MetLife/US@MetLife |
| Date: | 12/01/2010 04:25 PM |
| Subject: | Notification of Large Claims - MLI-USA - Steven R. Taraszka - 206153777USU |

## NOTIFICATION OF LARGE CLAIM

**FRANCHISE**    METLIFE INVESTORS

**SUMMARY:**
| | |
|---|---|
| NAME OF INSURED: | Steven R. Tarasszka |
| DATE OF DEATH: | 11/19/2010 |
| DATE REPORTED TO COMPANY: | 11/22/2010 |
| CAUSE OF DEATH: | Unknown |
| AGE AT DEATH: | 45 |
| DATE OF BIRTH: | 04/22/1965 |
| OCCUPATION: | Medical Doctor - Private Practice |
| AMOUNT OF INSURANCE: | $1,000,000.00 |
| WRITING AGENT (NAME/AGENCY AFFILIATION): | David H. Morgan |
| AGENCY OF RECORD (SERVICING AGENCY): | David H. Morgan |
| CO-INSURED IF SURVIVORSHIP LIFE POLICY: | No |
| UNDERWRITING/RATING CLASS: | Rated Nonsmoker |
| CONTESTABLE? | No |
| COMPANY - | MetLife Investors |

| POLICY NUMBER | FACE AMOUNT | REINSURANCE | FORM OR PLAN | ISSUE DATE |
|---|---|---|---|---|

ML 000099

|  |  |  | TYPE |  |
|---|---|---|---|---|
| 206153777USU | $1,000,000.00 | Unknown | ULSG | 07/19/2006 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If you have any questions, please contact the above Claim Services Associate.

**Shelby L Lyons**
Sr Claim Approver
Life Administration | Individual Life Death Claims
☎ 401-827-3019 | 📠: 401-827-3407 | ✉: sllyons@metlife.com
*Our Promise - First Class Service for a "Life" time*

**View and update your account at www.eService.metlife.com.  Simple.  Secure.  Efficient.**

🖐 Please consider the environment before printing this e-mail

**MetLife**

To: Kathryn L Kurtz/Ind/MetLife/US,
Cc:
Bcc:
Subject: Insured - Steven R. Taraszka
Policy Number 206 153 777 USU

FYI...
Kathy,

This matter has been referred to the Law Department, please confirm that a Legal Hold has been placed on policy.

Thanks.

Regina Solomon-Stowe
Sr. Technical Claims Advisor
MetLife
Claims and Consulting Services
Somerset NJ

732-893-3193

ML 000101

TO: Regina Solomon-Stowe    FROM: Kathy Kurtz    2 4 2011
P.I. Claims Advisory              Section: IB Claims
NYHO Area 7G                      Office: WCSC

## REFERRAL WORK SHEET

Deceased/Disabled Insured LAST NAME: Taraszka
Deceased/Disabled Insured FIRST NAME: Steven
Deceased/Disabled Insured MIDDLE INITIAL: R
State of Insured's Residence: GA
Date/First Notice of Claim: 12-1-2010

| Policy Number | Face Amount | Total Risk | Company | Policy Series | Line of Business | Referral Type |
|---|---|---|---|---|---|---|
| 206153777usu | $1 million | $1 million | 5 | 8 | 1 | 2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Company
1. MetLife Ins. Co.
2. Met Ins & Ann Co.
3. Met Tower Life Ins Co.
4. Met Reinsurance Co.
5. Other

### Policy Series
1. Met Series
2. Tower Series
3. Executive Series
4. Universal Life
5. Variable Life
6. Metromatic
7. Pre-Met Tower
8. Other

### Line of Business
1. Ordinary Notice
2. Ordinary Account
3. Industrial
4. EBP
5. EBPG
6. Annuity
7. Group
8. Metromatic

### Type of Referral
1. Add'l info attached requested by Advisory.
2. Pre-payment mandatory referral.
3. Non-mandatory Advisory opinion.
4. Post-payment mandatory referral.
5. Hypothetical question Advisory opinion.

CASE SUMMARY (use additional sheet if necessary):

Our policy has been included in litigation between the family of the insured and the named beneficiary. A complete duplicate of our file is attached here under along with a duplicate policy.

Both parties are represented by counsel and they have been advised that the case has been referred because of this litigation.

Filing Attorney Glenn Mottett has requested confirmation that no proceeds will be paid out during this process.

Date of 1st Referral ___/ /___        Date of 3rd Referral ___/ /___
Date of 2nd Referral ___/ /___       Date of 4th Referral ___/ /___

ML 000102