MetLife - [ BOSS Claims ] [ Case Comment ]                                      Page 1 of 1

**MetLife**

**BOSS CLAIMS**
Home | Case Info | Search | Admin |   | Ext Sys | Logoff                Save Screen Preferences

   Carrier: MLI-USA          Queue: ToInMetPdc      Case: 3612178      Received on: 11/18/2011

Case Info | Documents | **Case Comment** | Case History

**Case Comment**                                                    Next 10 ▶ | Last 10 ▶▶

| Date | Comments | Associate |
|---|---|---|



| | | |
|---|---|---|
| 03/07/2011 09:54 AM | additional documents regarding.... | kathKurtz |
| 03/07/2011 07:06 AM | LETTER REC'D FROM ATTORNEY MOF.... | kathMedeiros |
| 02/15/2011 10:57 AM | MAKE NO PAYMENTS - CASE TO LAW DEPT | kathKurtz |
| 02/04/2011 02:30 PM | case referred to advisory for .... | kathKurtz |
| 02/04/2011 01:51 PM | LETTER & COPY OF ACTION TO BE .... | kathMedeiros |
| 02/01/2011 07:33 AM | LETTERS SENT TO ATTORNEY MOFFE.... | kathMedeiros |

Add New Comment

Copyright © 2006, www.metlife.com. All rights reserved.                              Powered by BOSS



PLAINTIFF'S EXHIBIT 27 6/12/12 Medeiros SD

ML 000555

MetLife - [ BOSS Claims ] [ Comment ]  Page 1 of 1

## MetLife

### BOSS CLAIMS

Home | Case Info | Search | Admin |  | Ext Sys | Logoff

**Comment:** LETTER REC'D FROM ATTORNEY MOFFETT WITH ACTION FILED WITH COURTS TO CONSULTANT.

Close

ML 000556

MetLife - [ BOSS Claims ] [ Comment ]                          Page 1 of 1

**MetLife**

**BOSS CLAIMS**

**Home | Case Info | Search | Admin | | Ext Sys | Logoff**

**Comment:**             case referred to advisory for pending legal action

Close

ML 000557

MetLife - [ BOSS Claims ] [ Comment ]                                        Page 1 of 1

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin |   | Ext Sys | Logoff

**Comment:**    LETTER & COPY OF ACTION TO BE FILED WITH THE COURTS REC'D  ACKNOWLEDGEMENT SENT TO ATTORNEY MOFFETT CASE TO CONSULTANT TO CONTINUE

Close

ML 000558

**MetLife**

**BOSS CLAIMS**

**Home | Case Info | Search | Admin |   | Ext Sys | Logoff**

**Comment:**            LETTERS SENT TO ATTORNEY MOFFETT AND ATTORNEY KILBURN.

Close

MetLife - [ BOSS Claims ] [ Case Comment ]                                          Page 1 of 1

## MetLife

### BOSS CLAIMS

Home | Case Info | Search | Admin | | Ext Sys | Logoff                         Save Screen Preferences

Carrier: MLI-USA        Queue: Completed        Case: 3612178        Received on: 11/18/2011

Case Info | Document | **Case Comment** | Case History

**Case Comment**                                              ◄◄ First 10 | ◄ Previous 10 | Next 10 ► | Last 10 ►►

| Date | Comments | Associate |
|---|---|---|
| 01/31/2011 01:09 PM | corres received on adverse cla.... | sandBabcock |
| 01/25/2011 12:28 PM | LETTERS REC'D ON 1-24-11 ARE O.... | kathMedeiros |
| 01/25/2011 12:23 PM | additional corr rec'd from another atty - to kmmm | kathKurtz |
| 01/24/2011 02:31 PM | ADVERSE CLAIM - PAPER FILE EST.... | kathMedeiros |
| 01/19/2011 10:34 AM | letter from estate atty, burke.... | caroMallard |
| 01/14/2011 11:38 AM | DAVID MORGAN - AGENT OF RECORD.... | kathMedeiros |
| 01/11/2011 01:18 PM | LETTER SENT TO ATTORNEY TO ASK.... | kathMedeiros |
| 12/28/2010 07:27 AM | rec'd original of attys corres.... | kathKurtz |
| 12/28/2010 07:27 AM | call fronm agent david morgan .... | kathKurtz |
| 12/22/2010 01:41 PM | LETTER RECEIVED FROM ATTORNEY .... | kathMedeiros |

Add New Comment

Copyright © 2006, www.metlife.com. All rights reserved.                          Powered by BOSS

ML 000560

MetLife - [ BOSS Claims ] [ Comment ]                                              Page 1 of 1

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin |   | Ext Sys | Logoff

**Comment:**          corres received on adverse claim kmmm working...case to her personal hold with email to her advising same

Close

ML 000561

MetLife - [ BOSS Claims ] [ Comment ]  Page 1 of 1



**BOSS CLAIMS**

Home | Case Info | Search | Admin |  | Ext Sys | Logoff

**Comment:** LETTERS REC'D ON 1-24-11 ARE ORIGINALS OF LETTERS REC'D BY FAX AND ARE ALREADY IN THE PAPER FILE

Close

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin | | Ext Sys | Logoff

**Comment:** ADVERSE CLAIM - PAPER FILE ESTABLISHED ATTORNEY GLEN MOFFETT NOW REPRESENTS FAMILY & ESTATE OF DEC'D AND WILL BE FILING SUIT TO PREVENT PAYMENT

Close

MetLife - [ BOSS Claims ] [ Comment ]  Page 1 of 1

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin | | Ext Sys | Logoff

**Comment:** letter from estate atty, burke b johnson, to defer payment until their investigation regarding the insured's death is completed

Close

ML 000564

MetLife - [ BOSS Claims ] [ Comment ]                                                          Page 1 of 1

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin | | Ext Sys | Logoff

**Comment:**                       DAVID MORGAN - AGENT OF RECORD
(NEF) CALLED FOR STATUS   I EXPLAINED THE STATUS
OF THE CLAIM.   NOT HAPPY, REQUESTED NAME AND
PHONE NUMBER FOR ATTORNEY - PROVIDED

Close

ML 000565

MetLife - [ BOSS Claims ] [ Comment ]                                                                 Page 1 of 1

# MetLife
## BOSS CLAIMS
Home | Case Info | Search | Admin | | Ext Sys | Logoff

**Comment:**     LETTER SENT TO ATTORNEY TO ASK
IF AGREEABLE TO PROCEEDING WITH PAYMENT   LETTER
OT CLAIMAINT TO ADVISE OF INQUIRY FROM ATTORNEY
FOR TH E ESTATE

Close

MetLife - [ BOSS Claims ] [ Comment ] Page 1 of 1

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin | | Ext Sys | Logoff

**Comment:** rec'd original of attys correspondence noted previously

Close

ML 000567

MetLife - [ BOSS Claims ] [ Comment ]                                                          Page 1 of 1

# MetLife

## BOSS CLAIMS

Home | Case Info | Search | Admin  |  | Ext Sys | Logoff

**Comment:** call fronm agent david morgan - the family/atty/estate are trying to obtain info re: policy due to issues surrounding fiancee as bene -- agent requests that we do not release any information to anyone other than beneficiary or him as aor

Close

ML 000568

MetLife - [ BOSS Claims ] [ Comment ]                                                                 Page 1 of 1

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin |   | Ext Sys | Logoff

**Comment:**             LETTER RECEIVED FROM ATTORNEY
FOR ESTATE.   REQUEST TO DEFER ANY PAYMENTS AS
THE CIRCUMSTANCES SURROUNDING THE INSURED'S
DEATH ARE BEING INVESTIGATED   LETTER SENT
ACKNOWLEDGING REQUEST

Close

ML 000569

MetLife - [ BOSS Claims ] [ Case Comment ]  Page 1 of 1

## MetLife

### BOSS CLAIMS

Home | Case Info | Search | Admin | | Ext Sys | Logoff     Save Screen Preferences

Carrier: MLI-USA    Queue: Completed    Case: 3612178    Received on: 11/18/2011

Case Info | Document | **Case Comment** | Case History

**Case Comment**    First 10 | Previous 10

| Date | Comments | Associate |
|---|---|---|
| 12/08/2010 10:15 AM | FIRST NOTICE LETTER & CLAIM FORM SENT | kathMedeiros |
| 12/01/2010 04:26 PM | large claim notification sent | shelLyons |
| 12/01/2010 04:26 PM | kellie w graziosi (domestic pa.... | shelLyons |
| 12/01/2010 04:25 PM | policy and product search completed | shelLyons |

Add New Comment

Copyright © 2006, www.metlife.com. All rights reserved.     Powered by BOSS

ML 000570

MetLife - [ BOSS Claims ] [ Comment ]                                                    Page 1 of 1

**MetLife**

**BOSS CLAIMS**

Home | Case Info | Search | Admin |  | Ext Sys | Logoff

**Comment:**         kellie w graziosi (domestic partner) is primary beneficiary per the application

⦸ Close

ML 000571