## Adverse Claimant Situation

A. Company on Notice Before Claim Settlement

    1. Do not pay. Ask the party protesting payment to the beneficiary of record for a written statement detailing the basis for protest and to provide supporting documentation, if any. If claim has been submitted by the beneficiary of record,

        a) Inform the party of protest payment will be deferred for a period of 30 days. Also advise of the Company's intent to pay the beneficiary of record if no response is received by the end of that period.

        b) Concurrently write to the beneficiary of record explaining the reason for the delay in settlement.

    2. If no response is received by the party of protest, make payment to the beneficiary of record.

    3. If a response is received and depending upon the nature of the reply, consider:

        a) Denial, if there is insufficient basis to give further consideration to the protest. In such cases, inform the party protesting payment of the Company's intent to pay the beneficiary of record. Allow 30 days for a possible reply. If none by the end of that time period, make payment to the beneficiary of record.

        b) Making further inquiries (i.e., obtaining a statement from the district office concerning a beneficiary change submitted through that office; requesting an investigator to further develop circumstances)

        c) Directing the case to a Consultant for possible referral to Claims Advisory or Law Division if the information provided is such that there appears to be sufficient basis for further consideration, but a decision cannot be reached.

B. Company on Notice After Claim Settlement

    1. Obtain the paid death claim file.

    2. Ask the party who is protesting the payment for a written statement detailing the basis for protest and to provide supporting documentation.

    3. If a response is received and depending upon the nature of the reply, consider:

        a) Denial if there is insufficient basis to give further consideration to the protest.

        b) Making inquiries to further develop circumstances.



PLAINTIFF'S EXHIBIT
6/12/12  78
Medeiros  SB

ML 000553

    c) Directing the case to a Consultant for possible referral to Claims Advisory or Law Division if a decision cannot be reached.

    d) Initiating corrective action if there exists sufficient evidence to suggest payment was incorrectly made.

If any doubt exists as to whether or not there is sufficient basis to the protest, consider discussing the case with a Consultant.

4/1/96

ML 000554