# PRESTON & MALCOM, P.C.
## ATTORNEYS AT LAW
**110-112 COURT SQUARE**

| | |
|---|---|
| **RUSSELL P. PRESTON** | **POST OFFICE BOX 984** |
| **R. MICHAEL MALCOM** | **MONROE, GEORGIA 30655** |
| **PAUL L. ROSENTHAL** | _____ |
| **JEREMY VERN KILBURN** | **(770) 267-2503** |
| **SALLY S. JARRATT** | REAL ESTATE FACSIMILE (770) 267-3596 |
| **JOSHUA P. JOHNSON** | LITIGATION FACSIMILE (770) 267-2899 |

From the desk of                                                   jvk@alcovylaw.com
Jeremy V. Kilburn, Esq.

October 2, 2012

### *VIA ELECTRONIC FILING*

Gregory J. Leonard, Clerk
United States District Court, Middle District of Georgia
Athens Division
U.S. Post Office and Courthouse
115 East Hancock Avenue
Athens, Georgia 30601

RE:    *Graziosi v. MetLife Investors USA Insurance Co.*
           Civil Action File No. 3:11-cv-00080-CAR
           *Confirmation of 14-day Extension Pursuant to L.R. 6.2*

Dear Mr. Leonard:

      This letter shall confirm that Kellie White Graziosi has been granted, pursuant to Local Rule 6.2, a 14-day extension of time in which to reply to Counter-Defendants Eugene Taraszka, Ann Taraszka and Ken Taraszka, M.D. as Administrator of the Estate of Dr. Steven Taraszka's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and Request for Disbursement of Funds From Court's Registry (Document No. 77) which was filed in response to Plaintiff Kellie White Graziosi's Motion for Summary Judgment and Request for Disbursement of Funds from Court's Registry. (Document No. 71.)

      Accordingly, the reply brief of Kellie White Graziosi shall be due on Friday, October 19, 2012.

                                                            With Warmest Regards,

                                                                                     I am,

                                                                                     Jeremy V. Kilburn, Esq.

JVK/rca
cc:    Aaron E. Pohlmann, Esq. (via ECF system)
       Elizabeth J. Bondurant, Esq. (via ECF system)
       Joseph C. Sharp, Esq. (via ECF system)
       F. Glenn Moffett, Jr., Esq. (via ECF system)
       Matthew G. Moffett, Esq. (via ECF system)
       Wayne S. Melnick, Esq. (via ECF system)